## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO. 6:15-bk-01838-KSJ

**JODELL M. ALTIER,**                            CHAPTER 7

           Debtor.

_____/

### JOINT EXHIBIT LIST

**GOSHEN MORTGAGE, LLC**, ("Creditor") and **GENE T. CHAMBERS, CHAPTER 7 TRUSTEE** ("Trustee"), submit the following joint exhibit list for the trial on Trustee's *Objection to Exemptions with Incorporated Memorandum of Law* (Doc. No. 85) and Goshen Mortgage, LLC's, *Amended Objection to Debtor's Claimed Exemptions* (Doc. No. 87), scheduled for August 15, 2016 at 2:00 p.m.

| Exh. # | Document Description | Date Identified | Date Admitted | With or w/o Objection |
|---|---|---|---|---|
| J-001. | Special Warranty Deed from Debra, Inc. to Jodell M. Altier, dated 2/16/1996 | | | |
| J-002. | Warranty Deed, from Jodell M. Altier, Joseph E. Altier, Trustees of Orange County, Florida to Grande Legacy Group, dated September 17, 2013 | | | |
| J-003. | Amended Warranty Deed for Warranty Deed Recorded on 09/18/2013, dated March 14, 2016 | | | |
| J-004. | Orange County Property Tax Summary showing outstanding taxes | | | |
| J-005. | Bearer Stock Certificate of Grande Legacy Group (1000 shares), dated September 13, 2013 | | | |
| J-006. | Application for Employer Identification Number (Form SS-4) (Grande Legacy Group) | | | |
| J-007. | Form 1120 U.S. Corporation Income | | | |

| Exh. # | Document Description | Date Identified | Date Admitted | With or w/o Objection |
|---|---|---|---|---|
| | Tax Return 2015 (blank form) | | | |
| J-008. | Minutes of Grande Legacy Group appointing Joseph E. Altier and Jodell M. Altier as Trustees, dated September 13, 2013 | | | |
| J-009. | Minutes of Grande Legacy Group appointing Darrin Lavine as Trustee, dated September 17, 2013 | | | |
| J-0010. | Minutes of Grande Legacy Group declaring the contract to be in full force and effect, dated September 13, 2013 | | | |
| J-0011. | Minutes of Grande Legacy Group exchanging/ trading stock for real property, dated September 13, 2013 | | | |
| J-0012. | Texas Joint-Stock Company of Grande Legacy Group creation document, dated September 13, 2013 | | | |
| J-0013. | A. Summary of Schedules filed in U.S. Bankruptcy Court on March 18, 2015 (Jodell M. Altier, Debtor) (Doc. No. 9)<br><br>B. Debtor's Amended Schedule C (Doc. No. 37)<br><br>C. Notice of Amended Schedule C (Doc. No. 43)<br><br>D. Debtor's Amended Schedule B (Doc. No. 75)<br><br>E. Summary of Assets and Liabilities and Certain Statistical Information (Form 106Sum), filed March 23, 2016 (Doc. No. 83)<br><br>F. Debtor's Amended Statement of Financial Affairs (Doc. No. 84) | | | |
| J-0014. | Defendant's, Darrin C. Lavine, Trustee for Grande Legacy Group, Motion for Reconsideration, filed August 3, 2016 (Doc. No. 43) (Bkry Adv. Pro.) | | | |
| J-0015. | Trustee Adversary Complaint to | | | |

| Exh. # | Document Description | Date Identified | Date Admitted | With or w/o Objection |
|---|---|---|---|---|
| | **Determine and Declare Extent of Estate's Interest in Real Property, to Quiet Title, and to Recover Actual and Constructive Fraudulent Transfers, filed January 21, 2016 (Adv. Pro. Doc. No. 1)** | | | |
| **J-0016.** | **Amended Motion to Intervene/Motion to Add Indispensable Party Defendant, dated November 6, 2015** | | | |
| **J-0017.** | **Defendant's Motion to Vacate Summary Judgment of Foreclosure, filed May 26, 2016 (State Court)** | | | |
| **J-0018.** | **Hearing Transcript on Motion for Relief from Stay, dated February 1, 2016 (Doc. No. 86)** | | | |
| **J-0019.** | **Rule 2004 Examination of Jodell M. Altier, dated November 6, 2015** | | | |
| **J-0020.** | **Deposition Transcript of Jodell Altier, dated June 23, 2016** | | | |
| **J-0021.** | **Deposition Transcript of Joseph Altier, dated June 23, 2016** | | | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                               CHAPTER 7

                        Debtor.
_____/


EXHIBIT COVER SHEET

Party
submitting:    Trustee & Goshen Mortgage, LLC          Joint Exhibit 1

Admitted:      YES   or   NO  (circle one)

Debtor(s):     Jodell M. Altier

Case Nos.:     6:15-bk-01838-KSJ

Nature of Hearing:    Trustee's Objection to Exemptions with Incorporated Memorandum
                      of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
                      Debtor's Claimed Exemptions (DE 87)

Docket No.:    85, 87

United States Bankruptcy Court
Middle District of Florida


            Dated:    _____ _____, 2016.


        By:    _____, Deputy Clerk

Orange Co FL 5517389
02/16/96   03:34:35pm
OR Bk 5014 Pg 4129
Rec 19.50 DSC 787.50

THIS INSTRUMENT PREPARED BY
AND SHOULD BE RETURNED TO:
J. LINDSAY BUILDER, JR., ESQUIRE
HONIGMAN MILLER SCHWARTZ AND COHN
390 N. ORANGE AVENUE, SUITE 1300
ORLANDO, FLORIDA 32801

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED made this 16th day of February, 1996, by **DEBRA, INC.**, a Florida corporation, whose address is 2100 S. Hiawassee Road, Orlando, Florida 32835 (hereinafter called the "Grantor"), to **JODELL M. ALTIER**, a married woman, whose mailing address is 107 Holderness Drive, Longwood, Florida 32779 (hereinafter called the "Grantee").

Grantee Tax ID No. _____

WITNESSETH: That the Grantor, for and in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee, all that certain land (the "Property") situate in Orange County, Florida, viz:

Lot 26A, PALMA VISTA REPLAT, according to the Plat thereof as recorded in Plat Book 29, Page 45, of the Public Records of Orange County, Florida.

Parcel I.D. #03-23-28-6577-00260

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND the Grantor hereby covenants with the Grantee that the Grantor is lawfully seized of the Property in fee simple; and that the Property is free and clear of all encumbrances except for the taxes accruing subsequent to December 31, 1995, and the Permitted Exceptions attached hereto as Exhibit "A"; and that the Grantor has good right and lawful authority to sell and convey the Property. The Grantor hereby warrants the title to the Property and will defend the same against the lawful claims of all persons claiming by, through or under the Grantor.

ORLANDO/58774.1/18559/027240

IN WITNESS WHEREOF, the Grantor has caused these presents to be executed in its name as of the day and year first above written.

Signed, sealed and delivered
in our presence:

Signature of witness
Print name: Shelley K Graham

Signature of witness
Print name: Wanda Y. Dodge

DEBRA, INC.
a Florida corporation

By: _____
J. Lindsay Builder, Jr.
Vice President

(CORPORATE SEAL)

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged before me this 16th day of February, 1996, by J. Lindsay Builder, Jr., the Vice President of DEBRA, INC., a Florida corporation, on behalf of the corporation. He is personally known to me.

_____
Notary Public
Print Name: Shelley K Graham
My commission expires:

SHELLEY K. GRAHAM
MY COMMISSION # CC 374114
EXPIRES: June 19, 1998
Bonded Thru Notary Public Underwriters

OR Bk 5014 Pg 4130
Orange Co FL 5517389

ORLANDO/58774.1/18559/027240

2

OR Bk 5014 Pg 4131
Orange Co FL 5517389

### EXHIBIT "A"

### PERMITTED EXCEPTIONS

1.     Master Declaration of Protective Covenants and Restrictions for METROWEST, dated February 24, 1986, and recorded on March 13, 1986, in Official Records Book 3759, Pages 2756 through 2862, inclusive, of the Public Records of Orange County, Florida, as amended from time to time as provided therein.

2.     Developer's Agreement by and between the CITY OF ORLANDO, FLORIDA, and DEBRA, INC., dated February 28, 1983, and recorded in Official Records Book 3354, Page 1337, of the Public Records of Orange County, Florida.

3.     Notice of Adoption of Development Order executed by DEBRA, INC., dated March 4, 1983, and recorded in Official Records Book 3354, Page 2364; as amended by DRI Development Order Amendment 1, dated February 1, 1985, and recorded in Official Records Book 3797, Page 1199, and Amendment No. 2 to DRI Development Order dated March 12, 1990, and recorded in Official Records Book 4168, Page 2722, of the Public Records of Orange County, Florida.

4.     Declaration of Protective Covenants and Restrictions for Palma Vista recorded in Official Records Book 4115, Page 939; Amendment to Declaration of Protective Covenants and Restrictions for Palma Vista recorded in Official Records Book 4723, Page 3053, of the Public Records of Orange County, Florida.

5.     Maintenance Agreement recorded in Official Records Book 3791, Page 315; Agreement Concerning Transfer of Responsibilities recorded in Official Records Book 3820, Page 4314, of the Public Records of Orange County, Florida.

6.     Conditions and easements as depicted in the Plat of Palma Vista Replat, according to the Plat thereof as recorded in Plat Book 29, Page 45, Public Records of Orange County, Florida.

7.     This Warranty Deed is made, delivered and accepted with the understanding that the Grantee shall not convey the Property prior to the issuance of a certificate of occupancy by the appropriate governmental authority indicating completion of all improvements to the Property contemplated by the Plans and Specifications without the prior written approval of the Grantor. This restriction shall be deemed a covenant running with the land and shall be for the benefit of and be enforceable by the Grantor, its successors or assigns.

8.     The Grantee shall not apply for any variance or change in zoning on the Property without the written consent of the Grantor.

ORLANDO/58774.1/18559/027240                              3

## EXHIBIT "A"

## PERMITTED EXCEPTIONS

### (continued)

9.    The Grantee, by accepting this Special Warranty Deed, acknowledges that the Purchase Price paid to the Grantor as consideration for the Property was agreed to upon the condition that the Property will not be reconveyed prior to the issuance of a certificate of occupancy by the appropriate governmental authority indicating completion of all improvements to the Property contemplated by the Plans and Specifications, and that the Grantee shall not apply for any variance or change in zoning on the Property without the prior written approval of the Grantor.

OR Bk 5014 Pg 4132
Orange Co FL 5517389


Recorded - Martha O. Haynie

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                    CASE NO. 6:15-bk-01838-KSJ

**JODELL M. ALTIER,**                        CHAPTER 7

                    Debtor.
_____/

### EXHIBIT COVER SHEET

Party
submitting:   **Trustee & Goshen Mortgage, LLC**                    Joint Exhibit 2

Admitted:     YES   or   NO  (circle one)

Debtor(s):    <u>Jodell M. Altier</u>

Case Nos.:    <u>6:15-bk-01838-KSJ</u>

Nature of Hearing:   **Trustee's Objection to Exemptions with Incorporated Memorandum
                     of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
                     Debtor's Claimed Exemptions (DE 87)**

Docket No.:   85, 87

**United States Bankruptcy Court
Middle District of Florida**


         Dated:   _____ _____, 2016.


     By:   _____, Deputy Clerk

Prepared by:

After Recorded return to
Jodell M. & Joseph E Altier
2507 Roat Dr
Orlando, FL 32835

DOC# 20130497796 B: 10636 P: 3463
09/18/2013 03:13:41 PM  Page 1 of 2
Rec Fee: $18.50
Deed Doc Tax: $0.70
DOR Admin Fee: $0.00
Intangible Tax: $0.00
Mortgage Stamp: $0.00
Martha O. Haynie, Comptroller
Orange County, FL
SA - Ret To: JOSEPH ALTIER

## Warranty Deed

| | |
|---|---|
| **STATE OF FLORIDA** | )( |
| | )( |
| **COUNTY OF ORANGE** | )( |

KNOW ALL MEN BY THESE PRESENTS, that Jodell M. Altier & Joseph E. Altier, Trustees of Orange County Florida, grant and convey for Ten Dollars and other valuable considerations unto the said Grande Legacy Group (A Texas Joint-Stock Company) of Orange County, Florida all that certain residential lot and improvements known as:

>     2507 Roat Dr Orlando, FL 32835

That property located and more specifically described as that property;

>     Real property in the County of Orange, State of Florida –

_Legal Description:_

>     LOT 26A, PALMA VISTA REPLAT, ACCORDING TO THE PLAT OR MAP THEREOF AS RECORDED IN PLAT BOOK 29, PAGE 45, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

PARCEL ID: 23-28-03-6577-00-260

To have and to hold the above described premises, together with all and singular, the rights and appurtenances thereto in any wise belonging unto the said Grande Legacy Group its heirs or assigns forever, and we do hereby bind ourselves, our heirs, executors and administrators to warrant and forever defend all and singular the said premises unto the said Grande Legacy Group its heirs and assigns, against every person whomsoever lawfully claiming or to claim the same, or any part thereof. This Deed is subject to any liens and mortgages authorized and executed by the Grantors.

by _Jodell M. Altier_
Jodell M. Altier, Trustee

_Joseph E. Altier_
Joseph E. Altier, Trustee

Witness _Cath Beck_
Print _CATHERINE BECK_

Witness _Michele Dobrucky_
Print _Michele Dobrucky_

Warranty Deed
Page 1 of 2

Case 6:18-cv-00438-JA   Document 11   Filed 04/10/18   Page 11 of 150 PageID 481
Case 6:16-ap-00013-KSJ   Doc 1   Filed 01/21/16   Page 36 of 52
20130497796  Page 2 of 2

STATE OF FLORIDA          )(
                          )(
COUNTY OF ORANGE          )(

On the _17_ day of _Sept_____, 2013, before me came, Jodell M. Altier & Joseph E. Altier Trustees, known to me to be the individuals described in, and who executed the foregoing instrument, and he/her acknowledged that he/her executed the same, and in due form of law acknowledged the foregoing instrument to be his/her free act and deed and desired the same might be recorded as such.

Witness my hand and official seal.

_Javie Solis_____
Printed Name

Notary Public in and for the State of Florida

My Commission Expires: ~~3/15/16~~ 03/15/16

JAVIER SOLIS
Notary Public - State of Florida
My Comm. Expires Mar 15, 2016
Commission # EE 179839
Bonded Through National Notary Assn.

Warranty Deed
Page 2 of 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                         CHAPTER 7

                    Debtor.
_____/


## EXHIBIT COVER SHEET

Party
submitting:   **Trustee & Goshen Mortgage, LLC**            Joint Exhibit 3

Admitted:     YES   or   NO   (circle one)

Debtor(s):    **Jodell M. Altier**

Case Nos.:    **6:15-bk-01838-KSJ**

Nature of Hearing:   **Trustee's Objection to Exemptions with Incorporated Memorandum
                     of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
                     Debtor's Claimed Exemptions (DE 87)**

Docket No.:   85, 87

United States Bankruptcy Court
Middle District of Florida


Dated:   _____ _____, 2016.


By:   _____, Deputy Clerk

*$10.00 Dollars*

After Recording Return To:
Jodell M. & Joseph E. Altier
2507 Roat Drive
Orlando, Florida 32835

```
DOC# 20160133423
03/16/2016 10:13:16 AM  Page 1 of 2
Rec Fee: $18.50
Deed Doc Tax: $0.70
DOR Admin Fee: $0.00
Intangible Tax: $0.00
Mortgage Stamp: $0.00
Martha O. Haynie, Comptroller
Orange County, FL
MB - Ret To: JODELL M & JOSEPH E ALTIE
```

# Amended Warranty Deed for
# Warranty Deed Recorded on 09/18/2013, #20130497796

KNOW ALL MEN BY THESE PRESENTS  that **Jodell M. Altier and Joseph E. Altier, Grantors**, grant and  convey for Ten Dollars and other valuable considerations unto the said **GRANDE LEGACY GROUP**, (A Texas Joint-Stock Company) of Orange County, Florida all that certain residential lot and improvements known as:

2507 Roat Drive, Orlando, Florida 32835

That property located and more specifically described as that property;

Real property in the County of Orange, State of Florida

*Legal Description:*

LOT 26A, PALMA VISTA REPLAT, ACCORDING TO THE PLAT OR MAP THEREOF AS RECORDED IN PLAT BOOK 29, PAGE 45, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

PARCEL ID: 23-28-03-6577-00-260

To have and to hold the above described premises, together with all and singular, the rights and appurtenances thereto in any wise belonging unto the said Texas Joint-Stock Company its heirs or assigns forever, and we do hereby bind ourselves, our heirs, executors and administrators to warrant and forever defend all and singular the said premises unto the said Texas Joint-Stock Company its heirs and assigns, against every person whomsoever lawfully claiming or to claim the same, or any part thereof.  This Deed is subject to any liens and mortgages authorized and executed by Grantors.

_____
Jodell M. Altier, Grantor

Witness *Georgiann Jereczek*

Print Name *Georgiann Jereczek*

_____
Joseph E. Altier, Grantor

Witness *Georgiann Jereczek*

Print Name *Georgiann Jereczek*

Amended Warranty Deed Page 1 of 2

State of _FLORIDA_ }
County of _SEMINOLE_ }

The foregoing instrument is acknowledged before me on this _14TH_ day of _MARCH_, 2016 by **Jodell M. Altier and Joseph E. Altier, Grantors**, who are personally known to me or who has/have produced _FLDL._ as identification and did take an oath. Witness my signature and official seal in the aforesaid state and county.

My commission expires

Notary Public State of Florida
Michele M Dalton
My Commission FF 062869
Expires 12/16/2017

Notary Public
(Affix Notary Seal)

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
www.flmb.uscourts.gov

In re

CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,

CHAPTER 11

Debtor.
_____/

### EXHIBIT COVER SHEET

Party
submitting:    **Trustee & Goshen Mortgage, LLC**          Joint Exhibit 4

Admitted:      YES   or   NO   (circle one)

Debtor(s):     **Jodell M. Altier**

Case Nos.:     **6:15-bk-01838-KSJ**

Nature of Hearing:    **Trustee's Objection to Exemptions with Incorporated Memorandum
of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
Debtor's Claimed Exemptions (DE 87)**

Docket No.:   85, 87

#### United States Bankruptcy Court
#### Middle District of Florida


Dated: _____ _____, 2016.


By: _____, Deputy Clerk

# Property Record - 03-23-28-6577-00-260

Orange County Property Appraiser •
http://www.ocpafl.org

## Property Summary

**Property Name**
2507 Roat Dr

**Names**
Grande Legacy Group

**Municipality**
ORL - Orlando

**Property Use**
0103 - Single Fam Class III

**Mailing Address**
2507 Roat Dr
Orlando, FL 32835-8145

**Physical Address**
2507 Roat Dr
Orlando, FL 32835



**QR Code For Mobile Phone**



282303657700260 08/24/2006



## Value and Taxes

### Historical Value and Tax Benefits

| Tax Year Values | | Land | | Building(s) | | Feature(s) | Market Value | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| **2016** | W MKT | $85,000 | + | $404,013 | + | $23,500 = | $512,513 (-.63%) | **$512,513 (-.63%)** |
| **2015** | ✓ MKT | $85,000 | + | $406,774 | + | $24,000 = | $515,774 (1.0%) | **$515,774 (1.0%)** |
| **2014** | ✓ MKT | $97,000 | + | $395,753 | + | $17,900 = | $510,653 (9.8%) | **$510,653 (9.8%)** |
| **2013** | ✓ MKT | $96,998 | + | $349,415 | + | $18,500 = | $464,913 (.78%) | **$464,913 (.78%)** |
| **2012** | ✓ MKT | $96,998 | + | $345,238 | + | $19,100 = | $461,336 | **$461,336** |

8/8/2016

2507 Roat Dr

| Tax Year | Benefits | Original Homestead | Additional Hx | Other Exemptions | SOH Cap | Tax Savings |
|---|---|---|---|---|---|---|
| 2016 | W | n/a | n/a | n/a | n/a | $0 |
| 2015 | ✓ | n/a | n/a | n/a | n/a | $0 |
| 2014 | ✓ | n/a | n/a | n/a | n/a | $0 |
| 2013 | ✓ $ HX | $25,000 | $25,000 | $0 | $0 | $753 |
| 2012 | ✓ $ HX | $25,000 | $25,000 | $0 | $0 | $756 |

## 2016 Taxable Value and Estimate of Proposed Taxes

| Taxing Authority | Assd Value | Exemption | Tax Value | Millage Rate | Taxes | % |
|---|---|---|---|---|---|---|
| Public Schools: By State Law (Rle) | $512,513 | $0 | $512,513 | 4.5630 (-8.19%) | $2,338.60 | 23 % |
| Public Schools: By Local Board | $512,513 | $0 | $512,513 | 3.2480 (0.00%) | $1,664.64 | 17 % |
| Orange County (General) | $512,513 | $0 | $512,513 | 4.4347 (0.00%) | $2,272.84 | 23 % |
| City Of Orlando | $512,513 | $0 | $512,513 | 6.6500 (0.00%) | $3,408.21 | 34 % |
| Library - Operating Budget | $512,513 | $0 | $512,513 | 0.3748 (0.00%) | $192.09 | 2 % |
| South Florida Water Management District | $512,513 | $0 | $512,513 | 0.1359 (-6.85%) | $69.65 | 1 % |
| South Florida Wmd Okeechobee Basin | $512,513 | $0 | $512,513 | 0.1477 (-6.87%) | $75.70 | 1 % |
| South Florida Wmd Everglades Const | $512,513 | $0 | $512,513 | 0.0471 (-6.92%) | $24.14 | 0 % |
| | | | | 19.6012 | $10,045.87 | |

## 2016 Non-Ad Valorem Assessments

| Levying Authority | Assessment Description | Units | Rate | Assessment |
|---|---|---|---|---|
| CITY OF ORLANDO | ORLANDO STORM - DRAINAGE - (407)246-2370 | 79.95 | $1.00 | $79.95 |
| | | | | $79.95 |

# Property Features

## Property Description

PALMA VISTA REPLAT 29/45 LOT 26A

## Total Land Area

12,481 sqft (+/-)          |          0.29 acres (+/-)          GIS Calculated

## Land (includes working values)

| Land Use Code | Zoning | Land Units | Unit Price | Land Value | Class Unit Price | Class Value |
|---|---|---|---|---|---|---|
| 0140 - Sfr - Golf | PD | 1 LOT(S) | $85,000.00 | $85,000 | $0.00 | $85,000 |

## Buildings (includes working values)

8/8/2016

2507 Roat Dr

| | | Subarea Description | Sqft | Value |
|---|---|---|---|---|
| Model Code | 01 - Single Fam Residence | BAS - Base Area | 3538 | $333,633 |
| Type Code | 0103 - Single Fam Class III | FGR - Fin Garage | 775 | $36,588 |
| Building Value | $404,013 | FOP - F/Opn Prch | 361 | $8,487 |
| Estimated New Cost | $462,258 | FUS - F/Up Story | 1042 | $83,550 |
| Actual Year Built | 1997 | | | |
| Beds | 5 | | | |
| Baths | 5.0 | | | |
| Floors | 2 | | | |
| Gross Area | 5716 sqft | | | |
| Living Area | 4580 sqft | | | |
| Exterior Wall | Wood.Fr.St | | | |
| Interior Wall | Drywall | | | |

## Extra Features (includes working values)

| Description | Date Built | Units | Unit Price | XFOB Value |
|---|---|---|---|---|
| FPL2 - Average Fireplace | 12/10/1997 | 1 Unit(s) | $2,500.00 | $2,500 |
| PL2 - Above Average Pool | 12/10/1997 | 1 Unit(s) | $25,000.00 | $16,000 |
| SCR2 - Scrn Enc 2 | 12/10/1997 | 1 Unit(s) | $5,000.00 | $5,000 |

# Sales

## Sales History

| Sale Date | Sale Amount | Instrument # | Book/Page | Deed Code | Seller(s) | Buyer(s) | Vac/Imp |
|---|---|---|---|---|---|---|---|
| 03/14/2016 | $100 | 20160133423 / | | Corrective Deed | Altier Jodell M | Grande Legacy Group | Improved |
| 09/17/2013 | $100 | 20130497796 | 10636 / 3463 | Warranty Deed | Altier Jodell M | Grande Legacy Group | Improved |
| 02/16/1996 | $112,500 | 1996551738 | 05014 / 4129 | Special Warranty | Debra Inc | Altier Jodell M | Vacant |

# Services for Location

## Utilities/Services

| | |
|---|---|
| Electric | Orlando Utilities Commission |
| Water | Orlando Utilities Commission |
| Recycling | Orlando |
| Trash (Tuesday, Friday) | Orlando |
| Yard Waste (Wednesday) | Orlando |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                   CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                        CHAPTER 7

        Debtor.

_____/

EXHIBIT COVER SHEET

Party
submitting:   **Trustee & Goshen Mortgage, LLC**            Joint Exhibit 5

Admitted:    YES   or    NO   (circle one)

Debtor(s):   **Jodell M. Altier**

Case Nos.:   **6:15-bk-01838-KSJ**

Nature of Hearing:   Trustee's Objection to Exemptions with Incorporated Memorandum
of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
Debtor's Claimed Exemptions (DE 87)

Docket No.:   85, 87

United States Bankruptcy Court
Middle District of Florida

Dated:   _____ _____, 2016.

By:   _____, Deputy Clerk

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                         CHAPTER 7

                    Debtor.
_____/

EXHIBIT COVER SHEET

Party
submitting:    Trustee & Goshen Mortgage, LLC          Joint Exhibit 6

Admitted:      YES  or   NO  (circle one)

Debtor(s):     Jodell M. Altier

Case Nos.:     6:15-bk-01838-KSJ

Nature of Hearing:   Trustee's Objection to Exemptions with Incorporated Memorandum
                     of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
                     Debtor's Claimed Exemptions (DE 87)

Docket No.:   85, 87

United States Bankruptcy Court
Middle District of Florida

Dated:        _____ _____, 2016.

By:        _____, Deputy Clerk

Form **SS-4**
(Rev. January 2010)
Department of the Treasury
Internal Revenue Service

## Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.)

► See separate instructions for each line.   ► Keep a copy for your records.

OMB No. 1545-0003

EIN **80-0950771**

| | |
|---|---|
| **1** Legal name of entity (or individual) for whom the EIN is being requested **GRANDE LEGACY GROUP** | |

| **2** Trade name of business (if different from name on line 1) | **3** Executor, administrator, trustee, "care of" name **JOSEPH E ALTIER, Trustee** |
|---|---|

| **4a** Mailing address (room, apt., suite no. and street, or P.O. box) **2507 ROAT DRIVE** | **5a** Street address (if different) (Do not enter a P.O. box.) |
|---|---|
| **4b** City, state, and ZIP code (if foreign, see instructions) **ORLANDO, FLORIDA  32835** | **5b** City, state, and ZIP code (if foreign, see instructions) |

**6** County and state where principal business is located **ORANGE, FLORIDA**

Date: 6-23-16

| **7a** Name of responsible party | **7b** SSN, ITIN, or EIN -6459 |
|---|---|

| **8a** Is this application for a limited liability company (LLC) (or a foreign equivalent)? · · · · · · · · ☐ Yes ☑ No | **8b** If 8a is "Yes," enter the number of LLC members · · · · · ► |
|---|---|

**8c** If 8a is "Yes," was the LLC organized in the United States? · · · · · · · · · · · · ☐ Yes ☐ No

**9a** Type of entity (check only one box). **Caution.** If 8a is "Yes," see the instructions for the correct box to check.

| | |
|---|---|
| ☐ Sole proprietor (SSN) | ☐ Estate (SSN of decedent) |
| ☐ Partnership | ☐ Plan administrator (TIN) |
| ☐ Corporation (enter form number to be filed) ► | ☐ Trust (TIN of grantor) |
| ☐ Personal service corporation | ☐ National Guard   ☐ State/local government |
| ☐ Church or church-controlled organization | ☐ Farmers' cooperative   ☐ Federal government/military |
| ☐ Other nonprofit organization (specify) ► | ☐ REMIC   ☐ Indian tribal governments/enterprises |
| ☑ Other (specify) **unicorporated TJSC 1120  tax wise** | Group Exemption Number (GEN) if any ► |

**9b** If a corporation, name the state or foreign country (if applicable) where incorporated | State | Foreign country

**10** Reason for applying (check only one box)

| | |
|---|---|
| ☑ Started new business (specify type) ► **ASSET MGI** | ☐ Banking purpose (specify purpose) ► |
| | ☐ Changed type of organization (specify new type) ► |
| | ☐ Purchased going business |
| ☐ Hired employees (Check the box and see line 13.) | ☐ Created a trust (specify type) ► |
| ☐ Compliance with IRS withholding regulations | ☐ Created a pension plan (specify type) ► |
| ☐ Other (specify) ► | |

| **11** Date business started or acquired (month, day, year). See instructions. **9-13-13** | **12** Closing month of accounting year **December 2013** |
|---|---|

**13** Highest number of employees expected in the next 12 months (enter -0- if none).
If no employees expected, skip line 14.

**14** If you expect your employment tax liability to be $1,000 or less in a full calendar year **and** want to file Form 944 annually instead of Forms 941 quarterly, check here. (Your employment tax liability generally will be $1,000 or less if you expect to pay $4,000 or less in total wages.) If you do not check this box, you must file Form 941 for every quarter. ☐

| Agricultural | Household | Other **0** |
|---|---|---|

**15** First date wages or annuities were paid (month, day, year). **Note.** If applicant is a withholding agent, enter date income will first be paid to nonresident alien (month, day, year) · · · · · · · · · · **N/A**

**16** Check **one** box that best describes the principal activity of your business.

| | | |
|---|---|---|
| ☐ Construction   ☐ Rental & leasing   ☐ Transportation & warehousing | ☐ Health care & social assistance | ☐ Wholesale-agent/broker |
| ☐ Real estate   ☐ Manufacturing   ☐ Finance & insurance | ☐ Accommodation & food service | ☐ Wholesale-other   ☐ Retail |
| | ☑ Other (specify) **Asset Management** | |

**17** Indicate principal line of merchandise sold, specific construction work done, products produced, or services provided.

**18** Has the applicant entity shown on line 1 ever applied for and received an EIN? ☐ Yes ☑ No
If "Yes," write previous EIN here ►

| **Third Party Designee** | Complete this section **only** if you want to authorize the named individual to receive the entity's EIN and answer questions about the completion of this form. | |
|---|---|---|
| | Designee's name **N/A** | Designee's telephone number (include area code) ( ) |
| | Address and ZIP code | Designee's fax number (include area code) ( ) |

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Name and title (type or print clearly) ► **JOSEPH E ALTIER, Trustee**

Applicant's telephone number (include area code) ( **407** ) **466-6459**

Signature ►

Date ►

Applicant's fax number (include area code) ( )

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Cat. No. 16055N

Form **SS-4** (Rev. 1-2010)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                        CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                             CHAPTER 7

                    Debtor.

_____/

### EXHIBIT COVER SHEET

Party
submitting:    Trustee & Goshen Mortgage, LLC              Joint Exhibit 7

Admitted:      YES   or    NO  (circle one)

Debtor(s):     Jodell M. Altier

Case Nos.:     6:15-bk-01838-KSJ

Nature of Hearing:   Trustee's Objection to Exemptions with Incorporated Memorandum
                     of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
                     Debtor's Claimed Exemptions (DE 87)

Docket No.:    85, 87

United States Bankruptcy Court
Middle District of Florida


Dated:    _____ _____, 2016.


By:    _____, Deputy Clerk

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2015 or tax year beginning _____ , 2015, ending _____ , 20 _____

▶ **Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.**

OMB No. 1545-0123

**2015**

| A Check if: | | | |
|---|---|---|---|
| 1a Consolidated return (attach Form 851) | ☐ | **TYPE OR PRINT** | Name |
| b Life/nonlife consolidated return | ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions. |
| 2 Personal holding co. (attach Sch. PH) | ☐ | | City or town, state, or province, country, and ZIP or foreign postal code |
| 3 Personal service corp. (see instructions) | ☐ | | |
| 4 Schedule M-3 attached | ☐ | | |

**B Employer identification number**

**C Date incorporated**

**D Total assets (see instructions)**
$

E Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions—attach statement) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses | 17 | |
| 18 | Interest | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach statement) | 26 | |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 20) | 29b | |
| c | Add lines 29a and 29b | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | 30 | |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: **Credited to 2016 estimated tax** ▶ _____ **Refunded** ▶ | 36 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title _____

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

### Paid Preparer Use Only

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Cat. No. 11450Q

Form **1120** (2015)

Form 1120 (2015)                                                                                                     Page **2**

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations . . . . . | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation . . . . | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 . . | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) . | | | |
| 15 | Foreign dividend gross-up . . . . . . . . . . . . . | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 . . . . | | | |
| 17 | Other dividends . . . . . . . . . . . . . . . . | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities . . . | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 . . . ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . ▶ | | | |

Form **1120** (2015)

Form 1120 (2015)

Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | | | |

**Part I–Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) . . . . . ▶ ☐ | | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) . . . . . . . . ▶ ☐ | | **2** | |
| 3 | Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . | | **3** | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . | | **4** | |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . | **5a** | | |
| b | Credit from Form 8834 (see instructions) . . . . . . . | **5b** | | |
| c | General business credit (attach Form 3800) . . . . . . | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . | **5d** | | |
| e | Bond credits from Form 8912 . . . . . . . . . . . | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . . . . . . | | **6** | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . | | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) . . . . | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) . | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . . . . . . . . . . | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Other (see instructions—attach statement) . . . . . . | **9f** | | |
| 10 | **Total.** Add lines 9a through 9f . . . . . . . . . . . . . . . . . . . . | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . . | | **11** | |

**Part II–Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 12 | 2014 overpayment credited to 2015 . . . . . . . . . . | | **12** | |
| 13 | 2015 estimated tax payments . . . . . . . . . . . . | | **13** | |
| 14 | 2015 refund applied for on Form 4466 . . . . . . . . . | | **14** ( ) | |
| 15 | Combine lines 12, 13, and 14 . . . . . . . . . . . . . . . . . . . . | | **15** | |
| 16 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . | | **16** | |
| 17 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . . | | **17** | |
| 18 | **Total payments.** Add lines 15, 16, and 17 . . . . . . . . . . . . . . . . | | **18** | |
| 19 | Refundable credits from: | | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . | **19a** | | |
| b | Form 4136 . . . . . . . . . . . . . . . . . | **19b** | | |
| c | Form 8827, line 8c . . . . . . . . . . . . . . | **19c** | | |
| d | Other (attach statement—see instructions). . . . . . . | **19d** | | |
| 20 | **Total credits.** Add lines 19a through 19d . . . . . . . . . . . . . . . . | | **20** | |
| 21 | **Total payments and credits.** Add lines 18 and 20. Enter here and on page 1, line 32 . . . | | **21** | |

| **Schedule K** | **Other Information** (see instructions) | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method: **a** ☐ Cash   **b** ☐ Accrual   **c** ☐ Other (specify) ▶ | | | |
| 2 | See the instructions and enter the: | | | |
| a | Business activity code no. ▶ | | | |
| b | Business activity ▶ | | | |
| c | Product or service ▶ | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . | | | |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | | |
| 4 | At the end of the tax year: | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . | | | |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . | | | |

Form **1120** (2015)

Form 1120 (2015)                                                                                                                    Page **4**

| Schedule K | Other Information *continued* (see instructions) |
|---|---|

|  |  | Yes | No |
|---|---|---|---|

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . .

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? . . . .

For rules of attribution, see section 318. If "Yes," enter:

(i) Percentage owned ▶                      and (ii) Owner's country ▶

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . . . . . ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $

**13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $

**14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? . . . .

If "Yes," complete and attach Schedule UTP.

**15a** Did the corporation make any payments in 2015 that would require it to file Form(s) 1099? . . . . . . . . . . .

**b** If "Yes," did or will the corporation file required Forms 1099? . . . . . . . . . . . . . . . . . . .

**16** During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . .

**18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . .

Form 1120 (2015) Page **5**

| **Schedule L** | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash . . . . . . . . . | | | | |
| 2a | Trade notes and accounts receivable . . . | | | | |
| b | Less allowance for bad debts . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . | | | | |
| 6 | Other current assets (attach statement) . . | | | | |
| 7 | Loans to shareholders . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . | | | | |
| 9 | Other investments (attach statement) . . | | | | |
| 10a | Buildings and other depreciable assets . . | | | | |
| b | Less accumulated depreciation . . . . | ( ) | | ( ) | |
| 11a | Depletable assets . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . | | | | |
| b | Less accumulated amortization . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . | | | | |
| 15 | Total assets . . . . . . . . | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) . . | | | | |
| 19 | Loans from shareholders . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) . . . | | | | |
| 22 | Capital stock:  **a** Preferred stock . . . . | | | | |
| |   **b** Common stock . . . . | | | | |
| 23 | Additional paid-in capital . . . . . | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated . . . | | | | |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock . . . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . | | | | |

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3 (see instructions).

| 1 | Net income (loss) per books . . . . . | | 7 | Income recorded on books this year not included on this return (itemize): | |
|---|---|---|---|---|---|
| 2 | Federal income tax per books . . . . | | | Tax-exempt interest   $ | |
| 3 | Excess of capital losses over capital gains . | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| a | Depreciation . . $ | | a | Depreciation . . $ | |
| b | Charitable contributions . $ | | b | Charitable contributions $ | |
| c | Travel and entertainment . $ | | 9 | Add lines 7 and 8 . . . . . | |
| 6 | Add lines 1 through 5 . . . . . . | | 10 | Income (page 1, line 28)—line 6 less line 9 | |

| **Schedule M-2** | **Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)** |
|---|---|

| 1 | Balance at beginning of year . . . . | | 5 | Distributions:  **a** Cash . . . . | |
|---|---|---|---|---|---|
| 2 | Net income (loss) per books . . . . | | |   **b** Stock . . . . | |
| 3 | Other increases (itemize): | | |   **c** Property . . . | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 . . . . . | |
| 4 | Add lines 1, 2, and 3 . . . . . . | | 8 | Balance at end of year (line 4 less line 7) | |

Form **1120** (2015)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                               CHAPTER 7

           Debtor.

_____/

### EXHIBIT COVER SHEET

Party
submitting:   **Trustee & Goshen Mortgage, LLC**                Joint Exhibit 8

Admitted:     YES   or    NO  (circle one)

Debtor(s):    Jodell M. Altier

Case Nos.:    6:15-bk-01838-KSJ

Nature of Hearing:   Trustee's Objection to Exemptions with Incorporated Memorandum
of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
Debtor's Claimed Exemptions (DE 87)

Docket No.:   85, 87

### United States Bankruptcy Court
### Middle District of Florida

Dated:   _____ _____, 2016.


By:   _____, Deputy Clerk

# MINUTES

Exhibit # 4
Date: 6-23-16
Jam

of

# GRANDE LEGACY GROUP

2.   The Exchanger/Shareholder of this Joint-Stock Company hereby appoints Joseph E.
Altier and Jodell M. Altier as the Trustees of GRANDE LEGACY GROUP.   As
evidenced by the signature below, Trustees hereby accepts the appointment together
with the responsibilities pertaining thereto.

_____   9/13/13
Joseph E. Altier                              Date
Exchanger/Shareholder

_____   9-13-13
Jodell M. Altier                               Date
Exchanger/Creator

_____   9/13/13
Joseph E. Altier                              Date
Trustee

_____   9-13-13
**Jodell M. Altier**                               Date
Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                           CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                                CHAPTER 7

                    Debtor.
_____/

## EXHIBIT COVER SHEET

Party
submitting:    **Trustee & Goshen Mortgage, LLC**            Joint Exhibit 9

Admitted:     YES  or    NO  (circle one)

Debtor(s):    Jodell M. Altier

Case Nos.:    6:15-bk-01838-KSJ

Nature of Hearing:   Trustee's Objection to Exemptions with Incorporated Memorandum
                     of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
                     Debtor's Claimed Exemptions (DE 87)

Docket No.:   85, 87

United States Bankruptcy Court
Middle District of Florida

Dated: _____ _____, 2016.

By: _____, Deputy Clerk

# Grande Legacy Group

Exhibit # 2
Date: 6-23-16
Jan

**Minute # 1**

BE IT RESOLVED that Joseph Edward Altier and Jodell Marie Altier, Exchangors of GRANDE LEGACY GROUP, hereby appoint Darrin Lavine as a Trustee of GRANDE LEGACY GROUP.   As evidenced by the signature below, Darrin Lavine as a Trustee accepts the appointment together with the responsibilities pertaining thereto.

_____   9/17/13
Joseph Edward Altier        Date
Exchangor

_____   9/17/13
Jodell Marie Altier         Date
Exchangor

_____   9-17-2013
Darrin Lavine               Date
Trustee

**Minute #1**
**GRANDE LEGACY GROUP**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                         CHAPTER 7

                Debtor.
_____/

## EXHIBIT COVER SHEET

Party
submitting:   **Trustee & Goshen Mortgage, LLC**              Joint Exhibit 10

Admitted:     YES   or   NO  (circle one)

Debtor(s):    Jodell M. Altier

Case Nos.:    6:15-bk-01838-KSJ

Nature of Hearing:   Trustee's Objection to Exemptions with Incorporated Memorandum
                     of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
                     Debtor's Claimed Exemptions (DE 87)

Docket No.:  85, 87

United States Bankruptcy Court
Middle District of Florida

Dated:        _____ _____, 2016.

By:        _____, Deputy Clerk

# MINUTES

## of

## GRANDE LEGACY GROUP

Exhibit # 5

Date: 6-23-16

Jam

3. The Exchanger/Shareholder and appointed Trustees by the power vested as Trustees of this Joint-Stock Company hereby declare this contract to be in full force and effect, and by the signatures appearing below, pledge best efforts.  Trustees agree singly and collectively not to engage in any activity that will bring unfavorable reaction upon this Joint-Stock Company.  It is further agreed that all activity will have Trustee's approval of any new activity not incorporated within the minutes at the time said new activity is put into being.

Joseph E. Altier          9/13/13
Trustee                   Date

Jodell M. Altier          9-13-13
Trustee                   Date

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                         CHAPTER 7

               Debtor.

_____/


EXHIBIT COVER SHEET

Party
submitting:  __Trustee & Goshen Mortgage, LLC__          Joint Exhibit 11

Admitted:    YES   or   NO  (circle one)

Debtor(s):   __Jodell M. Altier__

Case Nos.:   __6:15-bk-01838-KSJ__

Nature of Hearing:   **Trustee's Objection to Exemptions with Incorporated Memorandum
of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
Debtor's Claimed Exemptions (DE 87)**

Docket No.:   85, 87

United States Bankruptcy Court
Middle District of Florida


Dated:   _____ _____, 2016.


By:   _____, Deputy Clerk

# MINUTES

## of

# GRANDE LEGACY GROUP

Exhibit # 6

Date: 6-23-16

Jam

1. The Creator approached Joseph E. Altier & Jodell M. Altier , Exchanger, and offered to trade Ten Dollars and 1000 shares of stock contained in the Joint-Stock Company for real and/or personal property, a list being attached hereto comprising of Schedule A and Schedule B.

After due consideration by all concerned, it was unanimously agreed to accept the proposed trade; the exchange was made. This exchange does not constitute a sale or gift.

_____  9/13/13
Joseph E. Altier                    Date
Exchanger/Creator

_____  9/13/13
Jodell M. Altier                    Date
Exchanger/Creator

Grande Legacy Group
8-15

# SCHEDULE A

## PERSONAL PROPERTY

# SCHEDULE B

### REAL PROPERTY
(Legal description)

1. **2507 Roat Dr Orlando, FL 32835**

That property located and more specifically described as that property;

Real property in the County of Orange, State of Florida –

*Legal Description:*

LOT 26A, PALMA VISTA REPLAT, ACCORDING TO THE PLAT OR MAP THEREOF AS RECORDED IN PLAT BOOK 29, PAGE 45, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.
APN: 23-28-03-6577-00-260

And

**216 NE 10th ST GAINESVILLE, FL 32601**

A TRACT OF LAND SITUATED IN LOT 34 OF HILLS ADDITION TO THE CITY OF GAINESVILLE; AS PER PLAT THEREOF RECORDED IN PLAT BOOK "A", PAGE 71 OF THE PUBLIC RECORDS OF ALACHUA COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: FOR A POINT OF REFERENCE, COMMENCE AT A 4" X 4" CONCRETE MONUMENT AT THE NORTHWEST CORNER OF SAID LOT 34 AND RUN SOUTH 00° EAST ALONG THE WEST LINE OF SAID LOT 34, A DISTANCE OF 70.00 FEET TO A 1/2 INCH REBAR AND CAP LS 4116; THENCE RUN SOUTH 89°55'05" EAST, 112.50 FEET TO A 1/2 INCH REBAR AND CAP LS 4116 AND THE POINT OF BEGINNING; THENCE CONTINUE SOUTH 89°55'05" EAST, 41.14 FEET TO A 1/2 INCH REBAR AND CAP LS 4116; THENCE RUN SOUTH 00°04'50" WEST, 110.00 FEET TO A 1/2 INCH REBAR AND CAP LS 4116 ON THE NORTH RIGHT OF WAY LINE OF EAST BOULEVARD (N.E. 10TH AVENUE); THENCE RUN NORTH 89°32'40" WEST ALONG SAID NORTH RIGHT OF WAY LINE, A DISTANCE OF 40.31 FEET TO A NAIL AND CAP PRM LS 4116; THENCE RUN NORTH 00° 21'14" WEST, 109.74 FEET TO THE POINT OF BEGINNING. CONTAINING 4,474 SQUARE FEET MORE OR LESS.

APN: 09910-004-000

And

280 Lanternback Island Drive Satellite Beach, FL 32937

LOT 28, BLOCK 7, TORTOISE ISLAND, PHASE FOUR, PUD, BOOK 34, PAGE 69
BREWARD COUNTY, FLORIDA

And

2122 Kettle Dr Orlando, FL 32835

LOT 67, METROWEST UNIT 2 REPLAT, ACCORDING TO THE PLAT THEROF AS
RECORDED IN PLAT BOOK 23, PAGES 120 AND 121 OF THE PUBLIC RECORDS
OF ORANGE COUNTY, FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re

JODELL M. ALTIER,

Debtor.

_____/

CASE NO. 6:15-bk-01838-KSJ

CHAPTER 11

**EXHIBIT COVER SHEET**

Party
submitting:   **Trustee & Goshen Mortgage, LLC**          Joint Exhibit 12

Admitted:     YES   or    NO   (circle one)

Debtor(s):    **Jodell M. Altier**

Case Nos.:    **6:15-bk-01838-KSJ**

Nature of Hearing:   Trustee's Objection to Exemptions with Incorporated Memorandum
of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
Debtor's Claimed Exemptions (DE 87)

Docket No.:   85, 87

**United States Bankruptcy Court**
**Middle District of Florida**

Dated:   _____ _____, 2016.

By:   _____, Deputy Clerk

# TEXAS JOINT-STOCK COMPANY
### (Bearer Shares)
## Of
## GRANDE LEGACY GROUP

Exhibit # 7

Date: 6-23-16

Jam

The Creator hereby offers to bargain or exchange, in trade, Ten Dollars ($10.00) and 1,000 shares of stock for the real and/or personal property of the Exchangor or Exchangors. The shares of stock issued to the Exchangor or Exchangors represents full and adequate consideration or full value.

The Exchangor or Exchangors for Ten Dollars ($10.00) and other valuable considerations of shares of stock, the receipt of which is hereby acknowledged, does hereby bargain, assign, convey, exchange and deliver unto the Creator, who holds in the Joint-Stock Company name pursuant to the terms of this Contract and obligations as set forth therein, certain real and/or personal property previously owned by the Exchangor. Upon completion of the exchange transaction, the Creator is no longer an active participant and thereby resigns with no further responsibilities or liabilities.

The Exchangor or Exchangors as Shareholder(s) hereby constitute(s) and appoint(s) the Trustee(s) and Successor Trustee(s) to be, in fact, the Trustee(s) of the Joint-Stock Company (hereinafter referred to as "Company"), hereby created and established. The exclusive right to appoint Trustee(s) and Successor Trustee(s) only vests with the original Exchangor or Exchangors as Shareholder(s). The property will be immediately assigned, conveyed and delivered unto said Trustee(s), in an irrevocable contract, who hold title in fee simple and control as joint tenants and to collectively act by virtue of this Contract as a Board of Trustee(s) under the collective name herein designated which are certain properties, business projects, operations under way or contemplated, dealing in equities, formulae, entities, patents, copyrights, business goodwill, desired to be engaged in by said Trustee(s).

The name and other things of value to constitute a company having principal place of business and domicile in the Country of the United States of America, County of Travis, State of Texas. This Contract and Joint-Stock Company is interpreted and construed under the laws of the State of Texas.

The named Trustee(s), for themselves and their successors do hereby accept the conveyance and acknowledge delivery of all the property specified, together with all the terms of the Company herein set forth, agreeing to conserve and improve the Company to invest and reinvest the funds of said Company in such manner as will increase the financial rating of the Company exercising their best judgment and discretion, in accordance with the Company minutes, making distribution of portions of the proceeds and income as in their discretion, and according to the minutes, and final liquidation distributing the assets to the stockholders, if any, as their contingent right may appear; and in all other respects administering said Company in good faith strictly in conformity hereto.

Trustee(s) shall be not less than one (1) in number may be increased for practical reasons beneficial to the Company. The Trustee(s) herein mentioned by name, or their successors elected to fill vacancies, shall hold office, have and exercise collectively the exclusive management and control of the Company's property and business affairs without any consent of stockholders.

Provided, however, that a Trustee may resign or be removed from office by a resolution of the Board of Trustees unanimously concurred whenever in their said opinion Trustee shall have been guilty of fraud, malfeasance in office.

Provided further, that in the event of death, removal from office or resignation of a Trustee, the initial Exchangor or Exchangors shall appoint or elect a successor. No Trustee shall resign, when he is the last remaining Trustee, until after this Company is terminated according to the terms of this Contract or unless a Successor Trustee is first named. Should the entire Board of Trustees become vacant and the Exchangors are deceased, a court of competent jurisdiction shall appoint one Trustee, who in turn shall liquidate, dissolve and terminate this Company under the terms governing the Contract.

The signing and acknowledging of the minutes of this Contract by such Trustee or Trustees, elected or appointed, shall constitute their acceptance of this Company; and the Company property, assets and profits thereof shall immediately vest, in fee simple without any further act or conveyance.

By a regular act of the Trustee(s) they may provide for meetings at stated intervals without notice and special meetings may be called at any time by one (1) or more Trustees upon three days written notice. At any regular or special meeting a majority of the Trustees shall constitute a quorum for conducting business, PROVIDED, affirmative action may only be had upon a majority vote of the Trustees, whether present or absent, except that at special meetings called for a special purpose the majority present may affirmatively act in emergency matter.

Trustee(s)' powers shall be to continue in business, conserve the property, commercialize the resources, extend any established line of business in industry or investment, as herein specially noted, at their discretion for the benefit of this Company such as, viz: buy, sell or lease land for surface or mineral rights; buy or sell mortgages, securities, bonds, notes, leases of all kinds, contracts or credits of any form, patents, trademarks or copyrights; buy, sell, or conduct mail-order business, or branches thereof; operate stores, shops, factories, warehouses, or other trading establishments or places of business, of any kind; allocate funds derived from any source or funds, for charity, religion, education, research, accumulating, or other purposes, whether for immediate or future application, to be managed by specified Trustee, Trustees, or others, as designated by any type of real estate, improved or unimproved; advertise different articles or business projects; borrow money for any project, pledging the Company property for the payment thereof; hypothecate assets, property, or both; own stock in, or entire charters of corporations or other properties, companies or associations as they may deem advantageous.

Resolutions of the Board of Trustee(s) authorizing a special thing to be done shall be evidence that such act is within its power. Anyone lending or paying money to the Board

of Trustee(s) shall not be obliged to see the application thereof. All funds paid into the treasury are and become a part of the corpus of the Company.

The Company shall have authority to provide itself with operating funds through commercial loans, directly secured by assets or income of the Company or become the owner and/or the Beneficiary of any insurance policy for any purpose.

The Trustee(s) and Successor Trustee(s) shall serve without fidelity bonds.

The Trustee(s) shall regard this instrument as their sufficient guide, supplemented from time to time by resolutions of their board covering contingencies as they arise and recorded in the minutes of their meetings as deemed expedient and consistent with the orderly conduct of business.

The Trustee(s) shall have the exclusive power to construe the meaning and intent of this contract or instrument and the Trustee's(s') construction shall be conclusive, legally binding and will govern. The Trustee's(s') construction will be the same as the intention of all parties as expressed throughout the entire contract or instrument.

The Trustee(s) may in their discretion elect among their number a President, Secretary and Treasurer, or any other officers they may deem expedient for proper functioning. Any Trustee(s) may hold two, or more, offices simultaneously, their duties being such as are usual or are prescribed. They may employ agents, executives, or other employees or designate third persons to hold funds whether personal or real property, for any specific purposes.

The Trustee(s) shall fix and pay compensation of all officers, employees or agents in their discretion, and may pay themselves such reasonable compensation for their services as may be determined by the Board of Trustee(s).

The Trustee(s) may appoint from their number one or more Executive Trustee(s) who shall be given such powers as the Company minutes of appointment shall define.

The Trustee(s) shall, in the capacity of Trustee(s) and not individually, assume only such liability as may attach to said Company property assets. This Trustee liability shall not in any manner jeopardize their individual or personal holdings and for any losses they should suffer for any reason through services, they shall be reimbursed from the Company property to the same extent as would non-interested persons. The assets and property of this Company are not subject to the individual liability of Trustee(s), Officer(s) or Shareholders.

It is expressly declared that a Joint-Stock Company is hereby created as a legal separate entity, that neither the Trustee(s) or officers personally or individually, present or future, have or possess any beneficial interest in the property or assets of said Company, nor shall they be personally liable hereunder, as partners or otherwise; that no Trustee shall be liable for the act or omission of his or her Co-Trustee, or any other person, whatsoever, whether employed by such Trustee or not or for anything other than his own,

personal breach of trust. The Shareholder(s) may be liable for the debts and judgments of the Company.

For convenience the shares of stock used for distribution shall be divided into One Thousand (1,000) shares. They shall be non-assessable, non-taxable and non-negotiable and the lawful possessor shall be construed to be the true and lawful owner thereof. The initial stockholders will hold the shares as tenants in common and at the death or termination of the holder thereof the shares will become null and void. No new shares of stock may be issued or no reissue of shares of stock is authorized after initial issue becomes null and void.

Death, insolvency, or bankruptcy of any stockholder, or the transfer of his or her stock by gift, devise or descent, shall not operate as a dissolution of this company, or in any manner affect the Company or its operation or mode of business. Ownership of shares shall not entitle the holder to any legal title or equitable title in or to the Company or property, nor any undivided interest therein, nor in the management or voting rights thereof, nor shall the death of a holder entitle his heirs or legal representatives to demand any partition or division of the property of the company, nor any accounting. The rights of the stockholders in persona are limited to merely a claim against the Trustee(s) to carry out this Contract.

This Contract shall continue for a period of perpetuity from date, unless the Trustee(s) shall unanimously determine an earlier date. The Trustee(s) may at their complete discretion, because of threatened depreciation in values, or other good and sufficient reason, liquidate the assets, distribute and close the Company at an earlier date determined by them. The Company assets shall then be proportionately and in a pro rata manner distributed to the stockholders. In the event this instrument has been recorded with the Recorder of Deeds, they shall then file with said recorder a notice that the Company shall cease and terminate; and thereupon the Trustee(s) shall automatically be further discharged hereunder.

The purport of this instrument is to convey property to the Trustee(s) to constitute a Joint Stock Company and is held in fee simple by the Trustee(s), in joint tenancy for the duration hereof, and to provide for a sane and economical administration.

The property exchanged shall be detailed and described in an appropriate schedule on the books of the Trustee(s), and the judgment of the Trustee(s) regarding the value of the property acquired or services rendered shall be deemed conclusive. Any person, firm, corporation or other entities acquiring shares of stock in this Company, assents to, accepts, and approves all the terms, conditions, and agreements contained in the Contract, and all minutes of resolutions thereof, and from date so received, the Contract shall have like binding force and effect on them as if they were one of the original parties thereof.

The shares of stock herein shall be bearer shares. The holder of said bearer shares shall hold the shares without any further action or notification by the shareholder to the company, trustee(s) or any other private or public entity. The bearer shares of stock may be transferred to any other person by sale, gift or exchange and no further action or notification is required. The Company or Trustee(s) must not maintain any form of

recording or registration of stock ownership or transfers. The person who is the holder of the shares of stock shall be deemed to be and treated as the absolute owner thereof for all purposes.

The Company indenture or articles, minutes, books, records or any other documents(s) may be irrevocably transferred to any other designated person whether in the United States or foreign country. The Company must not maintain a resident or registered agent, address or phone number. No information concerning Company or its activities may be given in any legal or legitimate discovery proceedings by any Trustee(s), officer(s) or shareholder(s) except the name and address of the person(s) in possession of said records and documents of the Company.

In the event the outstanding shares shall fall below the amount originally issued as outstanding, then the Trustee(s) may not issue new stock certificates.

Nothing herein contained shall be construed to authorize the Company to issue stock certificate shares in excess of the number herein provided, nor for a nominal value at variance with the provisions hereof.

The initial investment of money or property by the Exchangor or Exchangors shall constitute a "fixed" investment irrevocable, and nothing contained herein shall constitute a right or power of any Exchangor or Exchangors herein as Stock Certificate Holder(s) to in any manner vary his or her original investment, whether by increase or decrease of the original investment in the Company.

The Stock Certificate Holders shall not be liable for any assessment, and the Trustee(s) shall have no power to bind the Stock Certificate Holders personally. All persons or entities dealing with or having any claim against Trustee(s) or any officer or agent of the Company shall look only to the funds and property of the Company for the payment of any debt, claim, damage, judgment, or decree, or any money or thing that may become due or payable in any way, whether founded on contract or tort or equity, and the Stock Certificate Holders shall not be personally or individually liable hereunder until all funds and assets of the Company are depleted.

Trustee(s) may from time to time declare and pay out of net earnings or income received by them such distributions as they in their sole discretion deem proper and advisable. The Shareholders receive these earnings or income as a contingent income right only and not as a vested income right.

Notice is hereby given to all persons, companies, entities or corporations extending credit to, contracting with, or having claims against this Company or the Trustee(s) hereof, that they must first look to the funds and property of the Company or the Trustee(s) thereof, for the payment or for settlement of any debt, tort, damage, judgment or decree, or for any indebtedness which may become payable hereunder; that the officers or agents are mere employees and not personally liable when dealing with the company properties or matters. If the debt or judgment is not satisfied with Company funds or property, then the Shareholders may be liable.

If any provisions of this Contract shall be found to be invalid for any reason, the remaining provisions shall nevertheless be carried into effect.

Nothing herein contained shall be construed as in intent to evade or to contravene any law, nor delegate to Trustee(s) any special powers belonging exclusively to franchise of incorporation.

IN WITNESS WHEREOF the Exchangor(s) and Creator hereof, for themselves, have hereunto set their hands and seals in token and recognition of the conveyance, delivery and acceptance of property, assets, or other things and the obligations and duties as herein assigned to Trustee(s) of said company and assent to all stipulations herein as imposed and expressed.

_____ (seal)
Joseph E. Altier
Exchanger/Creator

_____ (seal)
Jodell M. Altier
Exchanger/Creator

STATE OF FLORIDA      §

COUNTY OF ORANGE      §
                             §

I, _Rose Butts_ a _Notary_, being an officer authorized by laws of Florida to administer oaths, do hereby certify that Joseph E. Altier, Exchanger/Creator of Grande Legacy Group, appeared before me this day and acknowledged under oath that he signed, sealed and delivered the above and foregoing Joint-Stock Company for the uses and purposes therein set forth on the _13_ day of _September_, 2013.

SUBSCRIBED AND SWORN before me by the said Exchanger/Creator on the _13_ day of _September_, 2013 at _BB&T Bank_, _Ocoee, FL_ day

TO CERTIFY WHICH witness my hand and seal of office.

_Rose Butts_
Printed Name

_Rose Butts_
Official Signature
Notary Public in and for
The State of _Florida_

My Commission Expires: _June 13, 2016_

ROSE BUTTS
Notary Public, State of Florida
Commission# EE 187815
My comm. expires June 13, 2016

Grande Legacy Group
6-15

STATE OF FLORIDA                    §
                                    §
COUNTY OF ORANGE                    §

I, _Rose Butts_____ a _Notary_____,
being an officer authorized by laws of Florida to administer oaths, do hereby certify that
Jodell M. Altier, Exchanger/Creator of Grande Legacy Group, appeared before me this
day and acknowledged under oath that her signed, sealed and delivered the above and
foregoing Joint-Stock Company for the uses and purposes therein set forth on the _13_
day of _September,_ 2013.

SUBSCRIBED AND SWORN before me by the said Exchanger/Creator on the _13_ day
of _September_____, 2013 at _BB+T Bank_____, _Ocoee FL_____ day

TO CERTIFY WHICH witness my hand and seal of office.


_Rose Butts_____          _Rose Butts_____
Printed Name                           Official Signature
                                       Notary Public in and for
                                       The State of _Florida_____

                                       My Commission Expires: _June 13, 2016_

ROSE BUTTS
Notary Public, State of Florida
Commission# EE 187815
My comm. expires June 13, 2016

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                    CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                         CHAPTER 7

                    Debtor.
_____/


## EXHIBIT COVER SHEET

Party
submitting:    **Trustee & Goshen Mortgage, LLC**              Joint Exhibit 13

Admitted:     YES   or   NO   (circle one)

Debtor(s):    **Jodell M. Altier**

Case Nos.:    **6:15-bk-01838-KSJ**

Nature of Hearing:   **Trustee's Objection to Exemptions with Incorporated Memorandum
                     of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
                     Debtor's Claimed Exemptions (DE 87)**

Docket No.:   85, 87

### United States Bankruptcy Court
### Middle District of Florida


              Dated:    _____ _____, 2016.


        By:    _____, Deputy Clerk

# EXHIBIT 13A

B 6 Summary (Official Form 6 - Summary) (12/14)

**FILED**

MAR 18 2015

# UNITED STATES BANKRUPTCY COURT
### Middle District of Florida

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re   Jodell M. Altier _____,
　　　　　　*Debtor*

Case No.   15-01838-6J7 _____

Chapter   7 _____    Exhibit #   9

Date: 6-23-16 Jan

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | $ 0.00 | | |
| B - Personal Property | Y | 3 | $ 27,750.00 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 2 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Y | 3 | | $ 10,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 2 | | $ 673,950.00 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | $ 4,000.00 |
| J - Current Expenditures of Individual Debtors(s) | Y | 3 | | | $ 4,899.00 |
| TOTAL | | | $ 27,750.00 | $ 683,950.00 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

### Middle District of Florida

In re  Jodell M. Altier _____ ,                   Case No.  15-01838-6J7 _____
          *Debtor*

Chapter  7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re   Jodell M. Altier                                    ,          Case No.   15-01838-6J7
                    **Debtor**                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total▶ | 0.00 | |

(Report also on Summary of Schedules.)

In re  <u>Jodell M. Altier</u>                               ,          Case No. <u>15-01838-6J7</u>
                    **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | BB&T BANK  CHECKING ACCOUNT 801 E STATE ROAD 434 LONGWOOD, FL. 32750 | J | 200.00 |
| 3.  Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | FURNITURE ,COMPUTER,HOUSE ITEMS 2507 ROAT DRIVE ORLANDO, FL. 32835 | J | 5,000.00 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | CLOTHING – 2507 ROAT DR. ORLANDO, FL. | W | 500.00 |
| 7.  Furs and jewelry. | | JEWELRY - WEDDING RING – MY HAND | W | 0.00 |
| 8.  Firearms and sports, photo-graphic, and other hobby equipment. | | BIKE  – 2507 ROAT DR. ORLANDO, FL. | W | 50.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

In re  Jodell M. Altier _____,        Case No. __15-01838-6J7__
                Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | OPPENHEIMER FUNDS SERVICES PO BOX 5270 DENVER, CO 80217-- IRASIMPLE PLAN | W | 2,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | LIFE PARTNERS INC 204 WOODHEW DRIVE WACO, TX 76712 — 2 – POLICIES VIATICAL SETTLEMENT PROGRAM | J | 10,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

In re  Jodell M. Altier                                   ,                    Case No.  15-01838-6J7
            **Debtor**                                                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 FORD ESCAPE - ORLANDO, FL. 2003 MERCEDES - ORLANDO, FL. | W | 5,000.00 |
| 26. Boats, motors, and accessories. | | 2001 28'-9" REGAL - CAPE CANAVERAL,FL | W | 5,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 1– PUG AND 1– WESTIE | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                  0  continuation sheets attached     Total▶     $          27,750.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)   Case 6:15-bk-01838-KSJ    Doc 9    Filed 03/18/15    Page 7 of 41

In re  Jodell M. Altier                              ,          Case No.  15-01838-6J7
_____Debtor_____                                              _____(If known)_____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re    Jodell M. Altier                    ,          Case No.    15-01838-6J7
                    **Debtor**                                                   **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) -- Cont.                                                                    2

In re  Jodell M. Altier _____ ,      Case No.   15-01838-6J7 _____
                    **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no._____of_____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)       $                  $

Total(s) ▶
(Use only on last page)       $                  $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  Jodell M. Altier                                              Case No. 15-01838-6J7
_____                              _____
           *Debtor*                                                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."       If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) — Cont.

In re ___Jodell M. Altier_____ ,      Case No.___15-01838-6J7_____
               *Debtor*                                                                    *(if known)*

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* *Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re __Jodell M. Altier_____,        Case No. __15-01838-6J7_____
             _Debtor_                                                         _(if known)_

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Tax Penalty                                        **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.   ****6459  <br><br> Dept of the Treasury IRS 2970 Market St. Philadelphia, PA 19104 | | J | 10-21-2013 Penalty for early withdrawal of IRA in 2011 | | | | 10,000.00 | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)   $ 10,000.00   $

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 10,000.00

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

In re  Jodell M. Altier                                    Case No.   15-01838-6J7
_____,                                   _____
               Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8444 | | | | | | | |
| Bank of America -- Visa PO Box 851001 Dallas, TX 75285-1001 | x | J | | | | | 500.00 |
| ACCOUNT NO. 8100 | | | | | | | |
| Wells Fargo-- Visa PO Box 6412 Carol Stream, Il 60197 | x | J | | | | | 5,000.00 |
| ACCOUNT NO. 5271 | | | | | | | |
| Macy's Dept Store ph#866-593-2543 | | J | | | | | 1,500.00 |
| ACCOUNT NO. 2546 | | | | | | | |
| Stein Mart Store Ph# 855-269-2139 | | W | | | | | 250.00 |

|  | Subtotal➤ | $ | 7,250.00 |
|---|---|---|---|

_____ continuation sheets attached

|  | Total➤ | $ |  |
|---|---|---|---|

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont. Case 6:15-bk-01838-KSJ      Doc 9    Filed 03/18/15    Page 14 of 41

In re  Jodell M. Altier                           ,          Case No.  15-01838-6J7
          Debtor                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BK-14074-CCJ<br>SunTrust Bank<br>200 Orange Ave. 5th Fl<br>Mail Code: FL-ORL-2052<br>Orlando, FL. 32801 | | J | 10-2-2012 | | | | 40,000.00 |
| ACCOUNT NO. BK-14075-CCJ<br>SunTrust Bank<br>200 Orange Ave. 5th Fl<br>Mail Code: FL-ORL 2052<br>Orlando, FL. 32801 | | J | 5-15-2013 | | | | 26,000.00 |
| ACCOUNT NO. 2013-CA-012877<br>**Mandalay at Stonebridge Commons** | X | W | 2013 | | | X | 100,000.00 |
| ACCOUNT NO. 2013CA12147<br>CHRISTINA TRUST<br>1810 E. SAINT ANDREW PLACE,<br>SUITE B-150<br>SANTA ANA, CA  92705 | | J | 10-4-2013<br>2507 ROAT DRIVE<br>ORLANDO, FL. 32835 | | | X | 325,400.00 |
| ACCOUNT NO. 01-2014-CA2751<br>4. FEDERAL NATIONAL MORTGAGE ASSOC.<br>(FANNIE MAE)<br>3900 WISCONSIN AVE. NW<br>WASHINGTON, DC  20016-2892 | | J | 7-30-2014<br>SFH<br>216 NE 10TH AVE.<br>GAINESVILLE, FL. 32601 | | | X | 175,300.00 |

Sheet no._____ of_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 666,700.00

Total▶  $ 673,950.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re   Jodell M. Altier_____ ,          Case No.  15-01838-6J7_____
        **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Discovery Beach Resort 300 Barlow Ave. Cocoa Beach , Fl. 32931 | Unit 806 - week 31 Timeshare joint ownership with husband |
| Oyster Pointe & Oyster Bay Resort 1570 US 1 Sebastian, Fl. 32958 | Unit 221 - week 50 Timeshare joint ownership with husband |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/06) Case 6:15-bk-01838-KSJ    Doc 9    Filed 03/18/15    Page 16 of 41

In re __Jodell M. Altier_____,          Case No.  __15-01838-6J7_____
                 **Debtor**                                           **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mary Biddle<br>6723 Fairway Cove Dr<br>Orlando, FL. 32835<br>407-383-7551 | Mandalay at Stonebridge<br>Miramonte Dr.<br>Orlando, Fl. 32835<br>407-865-2840 |

| Fill in this information to identify your case | | |
|---|---|---|
| **Debtor 1** | Jodell | M. | Altier |
| | First Name | Middle Name | Last Name |
| **Debtor 2** | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Middle District of Florida | | |
| Case number | 15-01838-6J7 | | |
| (If known) | | | |

**Check if this is:**

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. Fill in your employment information. | | | |
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed ☑ Not employed | ☑ Employed ☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | _____ | contractor |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | _____ | Altier Companies Inc. |
| | **Employer's address** | _____ | 2507 Roat Dr. |
| | | Number   Street | Number   Street |
| | | _____ | _____ |
| | | _____ | Orlando    FL    32835 |
| | | City   State   ZIP Code | City   State   ZIP Code |
| | **How long employed there?** | _____ | 25 YRS |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 4,000.00 |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 4,000.00 |

| Debtor 1 | Jodell | M. | Alter | | Case number (if known) | 15-01838-6J7 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.............................................................. → 4. | $ 0.00 | $ 4,000.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ | $ |
| 5e. Insurance | 5e. | $ | $ |
| 5f. Domestic support obligations | 5f. | $ | $ |
| 5g. Union dues | 5g. | $ | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ | + $ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |

| 10. Calculate monthly income. Add line 7 + line 9. | | | | | |
|---|---|---|---|---|---|
| Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 | + | $ 4,000.00 | = $ 4,000.00 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $ _____0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12. $ 4,000.00

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| Debtor 1 | Jodell | M. | Altier | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | N/A | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | | Middle District of Florida | | |
| Case number | 15-01838-6J7 | | | |
| (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

  ☐ No
  ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No
☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☐ No
☑ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $_____ |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | $_____ 500.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $_____ |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $_____ 100.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $_____ 300.00 |

Official Form B 6J                    Schedule J: Your Expenses                    page 1

| Debtor 1 | Jodell | M. | Altier | Case number *(if known)* | 15-01838-6J7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 700.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 365.00 |
| 6d. | Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | Food and housekeeping supplies | 7. | $ 400.00 |
| 8. | Childcare and children's education costs | 8. | $ 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $ 50.00 |
| 10. | Personal care products and services | 10. | $ 50.00 |
| 11. | Medical and dental expenses | 11. | $ 50.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 150.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 50.00 |
| 14. | Charitable contributions and religious donations | 14. | $ 5.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 750.00 |
| 15c. | Vehicle insurance | 15c. | $ 200.00 |
| 15d. | Other insurance. Specify: dental | 15d. | $ 12.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: pmt plan for tax penalty bill from 2011 | 16. | $ 1,000.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify: _____ | 17c. | $ |
| 17d. | Other. Specify: _____ | 17d. | $ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I). | 18. | $ 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. | $ 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| 20a. | Mortgages on other property | 20a. | $ 0.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 217.00 |

| Debtor 1 | Jodell | M. | Altier | | Case number (if known) | 15-01838-6J7 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

21. **Other.** Specify: _____    21.  +$ _____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.    22.  $ _____ 4,899.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ _____ 4,000.00

23b. Copy your monthly expenses from line 22 above.    23b.  –$ _____ 4,899.00

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income*.    23c.  $ _____ -899.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.    Explain here:  I have asked IRS to reconsider and take the payments I have made to date as paid in full against the penalty amount. Which would be a reduction of $1000/mo.

B6 Declaration (Official Form 6 - Declaration) (12/07)   Case 6:15-bk-01838-KSJ   Doc 9   Filed 03/18/15   Page 22 of 41

In re   Jodell  M. Altier_____,        Case No.   15-01838-6J7_____
                 **Debtor**                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **41** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   3/17/15_____            Signature: _____
                                                                              **Debtor**

Date _____            Signature: _____
                                                            (Joint Debtor, if any)

                                         [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

JODELL M. ALTIER_____           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_____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____                    _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **41** sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                          Signature: _____

                                   _____
                                   [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## Middle District of Florida

In re:  **Jodell M. Altier**                    ,        Case No.  **15-01838-6J7**
         Debtor                                                         (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

   1.   **Income from employment or operation of business**

None
 State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

B7 (Official Form 7) (04/13)                                                                                           2

**2.  Income other than from employment or operation of business**

None

☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the
debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a
joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13
must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

AMOUNT                                    SOURCE

---

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☐    *a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling
agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Macy's Dept Store  7 WEST 7TH ST. CINCINATI, OH  45202 | 1-16-15 2-23-15 | 600.00 | 1,500.00 |

None

☐    *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made
within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk
(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors
filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Dept of the Treasury - IRS 2970 Market Street Philadelphia, PA 19104 | 2-16-15 | 1,000.00 | 10,000.00 |

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                3

None
☑

c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Christina Trust 2013-CA-12147 | Foreclosure | circuit court of the 9th Judicial Circuit Orlando | Appeal |

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.  Repossessions, foreclosures and returns**

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |



B7 (Official Form 7) (04/13)                                                                          4

**6. Assignments and receiverships**


None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|


None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7. Gifts**


None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**


None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                5

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James Monroe, Attorney PO Box 540163 Orlando, FL. 32854 | monthly | $500.00 |

**10.  Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| GRANDE LEGACY GROUP | 09/12/2013 | 2507 ROAT & 216 NE 10TH AVE |

None 

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                 6

**12.  Safe deposit boxes**



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**



If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                        7

**16. Spouses and Former Spouses**

None
[✓]   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
      California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight
      years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
      any former spouse who resides or resided with the debtor in the community property state.

      NAME

_____

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous
material, pollutant, or contaminant or similar term under an Environmental Law.

None
[✓]   a. List the name and address of every site for which the debtor has received notice in writing by a governmental
      unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the
      governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
[✓]   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release
      of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
[✓]   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
      respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
      to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

_____

**18 . Nature, location and name of business**

None
[ ]   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses,
      and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
      executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                    8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Blue Line Services Inc. | ***-**-7498 | 4351 35th Street Orlando, FL | HVAC estimating | 1996-2013 |

<u>None</u>
[✓]    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

           NAME                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

<u>None</u>
[ ]    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

           NAME AND ADDRESS                                      DATES SERVICES RENDERED

1. Averett Warmus Durkee 1417 E. Concord St. Orlando, FL 32803          1995-2013
2. Ronnie Pitino, CPA                       Apopka, Fl. 407-884-4272     2014

<u>None</u>
[✓]    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

           NAME                              ADDRESS                     DATES SERVICES RENDERED

B7 (Official Form 7) (04/13)                                                                                                    9

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the
          books of account and records of the debtor. If any of the books of account and records are not available, explain.

          NAME                                              ADDRESS


None ☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
          financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

          NAME AND ADDRESS                                  DATE ISSUED

---

### 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
          taking of each inventory, and the dollar amount and basis of each inventory.

          DATE OF INVENTORY          INVENTORY SUPERVISOR      DOLLAR AMOUNT
                                                               OF INVENTORY
                                                               (Specify cost, market or other basis)


None ☑   b. List the name and address of the person having possession of the records of each of the inventories reported
          in a., above.

          DATE OF INVENTORY                                NAME AND ADDRESSES
                                                           OF CUSTODIAN
                                                           OF INVENTORY RECORDS

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
          partnership.

          NAME AND ADDRESS          NATURE OF INTEREST    PERCENTAGE OF INTEREST


None ☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
          directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
          corporation.
                                                           NATURE AND PERCENTAGE
          NAME AND ADDRESS          TITLE                  OF STOCK OWNERSHIP

B7 (Official Form 7) (04/13)                                                                                    10

### 22 . Former partners, officers, directors and shareholders



a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                    DATE OF WITHDRAWAL



b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                      DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation



If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS               DATE AND PURPOSE           AMOUNT OF MONEY
OF RECIPIENT,                OF WITHDRAWAL              OR DESCRIPTION
RELATIONSHIP TO DEBTOR                                  AND VALUE OF PROPERTY

### 24. Tax Consolidation Group.



If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION           TAXPAYER-IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                 TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

B7 (Official Form 7) (04/13)                                                                                              11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   _3|17|15_                    Signature of Debtor   _John M. Alton_

Date   _____             Signature of Joint Debtor  (if any)   _____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   _____                    Signature   _____

                                           Print Name and Title   _____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_1_ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

additional page 4. Suits and Administrative proceedings

Jodell M. Altier
Debtor

Case No. 15-01838-6J7

CONTINUATION PAGE

4. Suits and administrative proceedings, executions, garnishments and attachments
None a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Federal National Mortgage Assoc. | FORECLOSURE | Circuit Court 8th Judicial Circuit Alachua County, FL. | Appeal |

Page 1

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Middle District of Florida

In re Jodell M. Altier                    ,                    Case No. 15-01838-6J7
_____                                        _____
         Debtor                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>CHRISTINA TRUST | **Describe Property Securing Debt:**<br>2507 ROAT DRIVE  ORLANDO, FL. 32835 |

Property will be *(check one)*:
    ❏ Surrendered         ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ❏ Redeem the property
    ❏ Reaffirm the debt
    ☑ Other. Explain <u>DECLARATORY RELEASE</u>           (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ❏ Claimed as exempt         ❏ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br>FEDERAL  NATIONAL MORTGAGE ASSOC | **Describe Property Securing Debt:**<br>216 NE 10TH AVE  GAINESVILLE, FL. 32601 |

Property will be *(check one)*:
    ❏ Surrendered         ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ❏ Redeem the property
    ❏ Reaffirm the debt
    ☑ Other. Explain <u>DECLARATORY RELEASE</u>           (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ❏ Claimed as exempt         ❏ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                    Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES        ❏ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES        ❏ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES        ❏ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  3/17/15 _____          _____
                                        Signature of Debtor

                                        _____
                                        Signature of Joint Debtor

B 8 (Official Form 8) (12/08)                                                                        Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A - Continuation**

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
    ❑ Surrendered          ❑ Retained

If retaining the property, I intend to *(check at least one)*:
    ❑ Redeem the property
    ❑ Reaffirm the debt
    ❑ Other.  Explain _____ (for example, avoid lien using 11  U.S.C. § 522(f)).

Property is *(check one)*:
    ❑ Claimed as exempt          ❑ Not claimed as exempt

**PART B - Continuation**

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ❑ YES   ❑ NO |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ❑ YES   ❑ NO |

<table>
<tr><td colspan="3">Fill in this information to identify your case</td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | Jodell | M. | Altier |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Middle District of Florida | | |
| Case number | 15-01838-6J7 | | |
| (If known) | | | |

Check one box only as directed in this form and in Form 22A-1Supp.

- ☑ 1. There is no presumption of abuse.
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

OFFICIAL Form B 22A1

# Chapter 7 Statement of Your Current Monthly Income
12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

**1. What is your marital and filing status?** Check one only.

- ☐ **Not married.** Fill out Column A, lines 2-11.
- ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
- ☑ **Married and your spouse is NOT filing with you.** You and your spouse are:
  - ☑ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
  - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| **2. Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 4,000.00 |
| **3. Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| **4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

**5. Net income from operating a business, profession, or farm**

| | | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ | | | |
| Net monthly income from a business, profession, or farm | $ | Copy here➔ | $ 0.00 | $ 0.00 |

**6. Net income from rental and other real property**

| | | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here➔ | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| **7. Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |

| Debtor 1 | Jodell | M. | Altier | | Case number *(if known)* | 15-01838-6J7 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                             $ 0.00          $ 0.00

  Do not enter the amount if you contend that the amount received was a benefit
  under the Social Security Act. Instead, list it here:........................ ↓

  For you .................................................. $ _____

  For your spouse ..................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a    $ 0.00          $ 0.00
  benefit under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount.
  Do not include any benefits received under the Social Security Act or payments received
  as a victim of a war crime, a crime against humanity, or international or domestic
  terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

  10a. _____                    $ 0.00          $ 0.00
  10b. _____                    $ 0.00          $ 0.00
  10c. Total amounts from separate pages, if any.    + $ 0.00        + $ 0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each
  column. Then add the total for Column A to the total for Column B.

  | $ 0.00 | + | $ 4,000.00 | = | $4,000.00 |
  |---|---|---|---|---|

  Total current monthly income

| Part 2: | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

  12a. Copy your total current monthly income from line 11 ...................................................Copy line 11 here➜ 12a.    $ 4,000.00

  Multiply by 12 (the number of months in a year).                                                    x 12

  12b. The result is your annual income for this part of the form.                              12b.    $ 48,000.00

13. **Calculate the median family income that applies to you.** Follow these steps:

  Fill in the state in which you live.              | florida |

  Fill in the number of people in your household.  | 2 |

  Fill in the median family income for your state and size of household. ........................... 13.    $ 51,584.00

  To find a list of applicable median income amounts, go online using the link specified in the separate
  instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**
  14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
       Go to Part 3.
  14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
       Go to Part 3 and fill out Form 22A–2.

| Part 3: | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _Jodell M. Altier_                              X _____

Signature of Debtor 1                               Signature of Debtor 2

Date 03/17/2015                                     Date 03/17/2015
   MM / DD / YYYY                                        MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Re: Jodell M. Altier | § | Case No.: 15-01838-6J7 |
| Debtor | § | Chapter No.: 7 |
| | § | |

## MAILING MATRIX

Herein Debtor provides Court an alphabetical listing of all creditors:

1. **BANK OF AMERICA – VISA**
   PO BOX 982235
   EL PASO, TX 79998-2235
   CARD # 4313512032238444

2. **CHRISTINA TRUST**
   1610 E. SAINT ANDREW PLACE, SUITE B-150
   SANTA ANA, CA 92705

3. **DEPARTMENT OF THE TREASURY**
   IRS
   2970 MARKET STREET
   PHILADELPHIA, PA 19104-5016
   NOTICE NO. CP521 TAX ID# 473686459

4. **FEDERAL NATIONAL MORTGAGE ASSOC. (FANNIE MAE)**
   3900 WISCONSIN AVE. NW
   WASHINGTON, DC 20016-2892

5. **MACY'S DEPT STORE**
   7 WEST 7TH ST.
   CINCINNATI, OH 45202
   PH 866-593-2543
   CARD #477743435271

6. **MANDALAY AT STONEBRIDGE COMMONS CONDOMINIUM ASSOC INC**
   ORLANDO, FL 32835
   **CASE 2013:CA-012877-0**

7. **JAMES MONROE, P.A.**
   PO BOX 540163
   ORLANDO, FL. 32854

8.  **JOHN R SAMAAN, P.A.**
    337 N. FERNCREEK AVE.
    ORLANDO, FL. 32803

**PAGE 2**

9.  **STEIN MART STORE**
    1200 RIVERPLACE BLVD.
    JACKSONVILLE, FL  32207
    PH 855-269-2139
    CARD # 6044241005492546

10. **SUNTRUST BANK**
    200 ORANGE AVE. 5TH FL
    MAIL COLE: FL-ORL-2052
    ORLANDO, FL, 32801
    REF:  6:12-BK-14074-CCJ

11. **SUNTRUST BANK**
    200 ORANGE AVE. 5TH FL
    MAIL COLE: FL-ORL-2052
    ORLANDO, FL, 32801
    6:12-BK-14075-CCJ

12. **WELLS FARGO - VISA**
    PO BOX4039
    CONCORD,  CA 94524-9920
    CARD# 4147180392798100

Jodell M. Altier; Pro Se

# EXHIBIT 13B

B6C (Official Form 6C) (04/13) Case 6:15-bk-01838-KSJ  Doc 27   Filed 07/17/15   Page 1 of 2

In re  Jodell Altier                                    Case No.  6:15-bk-01838-KSJ
_____                                           _____
          Debtor                                                      (If known)

JUL 17 2015

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| PERSONAL VEHICLE | Florida Motor Vehicle | 1,000.00 | 2,500.00 |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re _____ ,     Case No. _____
           Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  7/17/15 _____     Signature _John M. Alten_____
                                                                                Debtor

Date _____     Signature _____
                                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                      (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.
------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                             Signature: _____

                                              _____
                                              [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]
------------------------------------------------------------------------

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT 13C

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Re: Jodell Altier | § | Case No.:6:15-bk-01838-KSJ |
| | § | Chapter No.: 7 |
| | § | **FILED** |
| Debtor(s) | § | |

**JUL 2 2 2015**

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

_____/

### NOTICE OF AMENDED SCHEDULE C

Debtor, JODELL ALTIER, Pro Se, Individually, hereby amends schedule C per instructions by Gene T. Chambers, Trustee.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or email to the following parties: Gene T. Chambers, Trustee, P.O. Box 533987, Orlando, Florida 32801, U.S. Trustee, United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801.

Jodell Altier, Pro Se
2507 Roat Drive
Orlando, FL 32835

In re  Jodell Altier                                    ,          Case No.  6:15-bk-01838-KSJ
_____                                   _____
              Debtor                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| PERSONAL VEHICLE | Florida Motor Vehicle | 1,000.00 | 5,000.00 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6 Declaration (Official Form 6 - Declaration) (12/07) bk-01838-KSJ   Doc 43   Filed 07/22/15   Page 3 of 3

In re  Jodell M. Altier _____ ,          Case No.  15-01838-KSJ _____
                    Debtor                                                         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  07/22/2015 _____        Signature: _____
                                                                                        Debtor

Date _____        Signature: _____
                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

JODELL M. ALTIER _____                 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 _____
Printed or Typed Name and Title, if any,                      Social Security No.
of Bankruptcy Petition Preparer                                  (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                Signature: _____

                                                                  _____
                                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT 13D

**FILED**

**JAN 22 2016**

CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Jodell | Marie | Altier |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number   6:15-BK-01838-KSJ
           (If known)

☑ Check if this is an
   amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ........................................... | $ _____ |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................. | $   25,250.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ........................................... | $   25,250.00 |

### Part 2:    Summarize Your Liabilities

|  | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 108D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... | $ _____ |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................ | $   10,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ......................... | + $  673,950.00 |
| **Your total liabilities** | $  683,950.00 |

### Part 3:    Summarize Your Income and Expenses

|  | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* ........................... | $   4,000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* ...................................... | $   4,899.00 |

| Debtor 1 | Jodell | Marie | Altier | Case number (if known) 6:15-BK-01838-KSJ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ -899.00

**9.** Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

Total claim

From Part 4 on *Schedule E/F*, copy the following:

| | | |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 10,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ | 0.00 |
| 9g. Total. Add lines 9a through 9f. | $ | 10,000.00 |

Fill in this information to identify your case and this filing:

Debtor 1     JODELL     MARIE     ALTIER
             First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number   6:15-BK-01838-KSJ

☑ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. **2507 ROAT DR.**
Street address, if available, or other description

ORLANDO        FL     32835
City                State   ZIP Code

ORANGE
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
$  500,000.00      $ unknown

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
member of Grande Legacy Grp

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. **216 NE 10TH AVE**
Street address, if available, or other description

GAINESVILLE     FL     32601
City                State   ZIP Code

ALACHUA
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
$  200,000.00      $ unknown

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
member of Grande Legacy Grp

☐ Check if this is community property (see instructions)

Official Form 106A/B              Schedule A/B: Property              page 1

| Debtor 1 | JODELL | MARIE | ALTIER | | Case number (if known) | 6:15-BK-01838-KSJ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**1.3.** **2122 KETTLE DRIVE**
Street address, if available, or other description

_____

**ORLANDO**     **FL**   **32835**
City               State     ZIP Code

**ORANGE**
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$          75,000.00      $ unknown

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
member of Grande Legacy Grp

☐ **Check if this is community property** (see instructions)

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ...........................** → $ unknown

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

**3.1.** Make:          **FORD**

Model:          **ESCAPE**

Year:          **2008**

Approximate mileage:   **110000**

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$          2,000.00      $          1,000.00

If you own or have more than one, describe here:

**3.2.** Make:          **MERCEDES**

Model:          **SL500**

Year:          **2003**

Approximate mileage:   **30000**

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$          3,000.00      $          1,500.00

**Debtor: JODELL   M.   ALTIER**      **Case number:15-BK-01838-KSJ**
First Name Middle Name Last Name

Official Form 106A/B **Schedule A/B: Property**      additional page

1.4.   __280 LANTERNBACK ISLAND  DR.__
Street address, if available, or other description

_____

SATELLITE BEACH, FL.  32937
City State ZIP Code
BREVARD
County
**What is the property?** Check all that apply.

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

X Land

☐ Investment property

☐ Timeshare

☐ Other _____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*
**Current value of the
entire property?  $300,000.00**
**Current value of the
portion you own?  $to be determined**
**Describe the nature of your ownership
interest (such as fee simple, tenancy by
the entireties, or a life estate), if known. A member of Grand Legacy Grp**
**Who has an interest in the property?** Check one.

☐☐Debtor 1 only

☐☐Debtor 2 only

☐☐Debtor 1 and Debtor 2 only

X    At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)
**Other information you wish to add about this item such as property
identification number: _____**

Debtor 1   **JODELL    MARIE    ALTIER**
First Name   Middle Name   Last Name       Case number (if known) 6:15-BK-01838-KSJ

---

3.3. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$_____   $_____

---

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$_____   $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1. Make: **REGAL**

Model: **28'-9**

Year: **2001**

Other information:

[ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$    3,000.00   $    1,500.00

---

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

$_____   $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..............................................➔ | $    4,000.00

---

Debtor 1    **JODELL**    **MARIE**    **ALTIER**      Case number *(if known)*   6:15-BK-01838-KSJ

First Name    Middle Name    Last Name

---

**Part 3:**    **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.........  | FURNITURE, LINENS, HOUSEHOLD ITEMS | $ 4,550.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes. Describe.......... | COMPUTER, PRINTER | $ 400.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe.......... | | $ _____

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☑ Yes. Describe.......... | BIKE | $ 50.00

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe.......... | | $ _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe.......... | EVERYDAY CLOTHES, SHOES, ACCESSORIES | $ 0.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe.......... | WEDDING BAND AND COSTUME JEWELRY | $ 50.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes. Describe.......... | 2 DOGS - WESTIE AND PUG | $ 0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes. Give specific information. | | $ _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................➔ | $ 5,050.00

---

| Debtor 1 | JODELL | MARIE | ALTIER | | Case number (if known) | 6:15-BK-01838-KSJ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4:  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ........................................................................................................ Cash: ................... $_____

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................                                    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | BB&T BANK  801 E ST ROAD 434 LONGWOOD | $          200.00 |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _____ | $_____ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................                      Institution or issuer name:

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No
☑ Yes. Give specific information about them.......

| Name of entity: | % of ownership: | |
|---|---|---|
| GRANDE LEGACY GROUP 8104 HOOK CIR ORLANDO | 20%  % | $_____ |
| a Texas Joint-Stock Co. | 0%  % | $_____ |
| | 0%  % | $_____ |

| Debtor 1 | JODELL | MARIE | ALTIER | | Case number (if known) | 6:15-BK-01838-KSJ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific    Issuer name:
   information about
   them.....................          _____    $_____
                                      _____    $_____
                                      _____    $_____

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each
   account separately.   Type of account:     Institution name:

   401(k) or similar plan:   OPPENHEIMER FUNDS PO BOX 5270 DENVER, CO    $_____2,000.00

   Pension plan:          _____    $_____

   IRA:                   _____    $_____

   Retirement account:    _____    $_____

   Keogh:                 _____    $_____

   Additional account:    _____    $_____

   Additional account:    _____    $_____

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes..........................     Institution name or individual:

   Electric:              _____    $_____
   Gas:                   _____    $_____
   Heating oil:           _____    $_____
   Security deposit on rental unit: _____    $_____
   Prepaid rent:          _____    $_____
   Telephone:             _____    $_____
   Water:                 _____    $_____
   Rented furniture:      _____    $_____
   Other:                 _____    $_____

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

☑ No
☐ Yes..........................     Issuer name and description:

                          _____    $_____
                          _____    $_____
                          _____    $_____

| Debtor 1 | JODELL | MARIE | ALTIER | | Case number *(if known)* | 6:15-BK-01838-KSJ |
|----------|--------|-------|--------|--|--------------------------|-------------------|
| | First Name | Middle Name | Last Name | | | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ............................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____
_____   $_____
_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Give specific information about them....

| 50% OWNERSHIP IN ALTIER FAMILY IRR TRUST | $_____ |
|------------------------------------------|------------------|

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....

$_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ........................

Federal:   $_____
State:     $_____
Local:     $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information.............

Alimony:              $_____
Maintenance:          $_____
Support:              $_____
Divorce settlement:   $_____
Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information.............

$_____

| Debtor 1 | JODELL | MARIE | ALTIER | | Case number *(if known)* | 6:15-BK-01838-KSJ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|
| | _____ | _____ | $_____ |
| | _____ | _____ | $_____ |
| | _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information............. [_____]   $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ................... [_____]   $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ................... [_____]   $_____

**35. Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information............. [ LIFE PARTNERS INC. 204 WOODHEW DR. WACO, TX ]   $   10,000.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................... ➔   $   12,200.00

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe........ [_____]   $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe........ [_____]   $_____

Official Form 106A/B          Schedule A/B: Property          page 8

| Debtor 1 | JODELL | MARIE | ALTIER | | Case number *(if known)* 6:15-BK-01838-KSJ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe....... _____ $_____

**41. Inventory**

☑ No
☐ Yes. Describe....... _____ $_____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.......

Name of entity:                    % of ownership:

_____   ____%   $_____
_____   ____%   $_____
_____   ____%   $_____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe........ _____ $_____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
    information .........  _____ $_____
                          _____ $_____
                          _____ $_____
                          _____ $_____
                          _____ $_____
                          _____ $_____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ...............................................................→ $         0.00

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes...................... _____ $_____

Debtor 1    JODELL    MARIE    ALTIER                    Case number (if known)    6:15-BK-01838-KSJ
           First Name   Middle Name   Last Name

48. Crops—either growing or harvested
   ☑ No
   ☐ Yes. Give specific
       information..............                                                    $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
   ☑ No
   ☐ Yes...................                                                         $_____

50. Farm and fishing supplies, chemicals, and feed
   ☑ No
   ☐ Yes...................                                                         $_____

51. Any farm- and commercial fishing-related property you did not already list
   ☑ No
   ☐ Yes. Give specific
       information..............                                                    $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
   for Part 6. Write that number here ...............................................→  $_____0.00

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
   ☐ No
   ☑ Yes. Give specific    1.  Discovery Beach Time Share Cocoa Beach, Fl.          $_____2,500.00
       information..............    2.  Oyster Point Time Share, Sebastian Fl.      $_____1,000.00
                                                                                    $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ...........→  $_____3,500.00

## Part 8:    List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ...............................................→  $_____0.00

56. Part 2: Total vehicles, line 5                       $_____4,000.00

57. Part 3: Total personal and household items, line 15  $_____5,550.00

58. Part 4: Total financial assets, line 36              $_____12,200.00

59. Part 5: Total business-related property, line 45     $_____0.00

60. Part 6: Total farm- and fishing-related property, line 52  $_____0.00

61. Part 7: Total other property not listed, line 54    + $_____3,500.00

62. Total personal property. Add lines 56 through 61. .......  $_____25,250.00   Copy personal property total →  + $_____25,250.00

63. Total of all property on Schedule A/B. Add line 55 + line 62..............................  $_____25,250.00

Official Form 106A/B                    Schedule A/B: Property                    page 10

Fill in this information to identify your case:

Debtor 1 _____
           First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the: Middle District of Florida   [▼]

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____
Signature of Debtor 1                         Signature of Debtor 2

Date  1/22/2016                               Date  _____
      MM/ DD / YYYY                                 MM/ DD / YYYY

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re: Jodell Altier                          §          Case No.:6:15-bk-01838-KSJ
                                           §          Chapter No.: 7
                                           §
         Debtor(s)                         §

_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the amended Schedule A/B,

Summary of Assets & Liabilities and Declaration about an Individual Debtor's Schedules

has been furnished by U.S. Mail and/or email to the following parties:

Gene T. Chambers, Trustee P.O. Box 533987, Orlando, Florida 32801, U.S. Trustee,

United States Trustee, Office of the United States Trustee, George C. Young Federal

Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801,

Justin M. Luna of Lathem, Shuker, Eden & Beaudine LLP, P.O. Box 3353 Orlando,

Florida 32802-3353, Attorneys for Goshen Mortgage, LLC ,

Michael A Nardella, Esq. of Nardella & Nardella PLLC, 250 E. Colonial Dr. #102

Orlando, FL. 32801,

Antonio Alonso, Esq. of  Choice Legal Group P.A., PO Box 9908 Fort Lauderdale, FL

33310-0908 Attorney for Seterus Inc. as the authorized sub servicer for Federal National

Mortgage Association ,

Grande Legacy Grp 8104 hook Circle Orlando, FL32836,

this 22 day of January, 2016

Jodell Altier, Pro Se
2507 Roat Drive        Orlando, FL 32835

# EXHIBIT 13E

| Fill in this information to identify your case: |
|---|

Debtor 1        **Jodell M. Altier**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **6:15-bk-1838-KSJ**
(if known)

Exhibit # 10
Date: 10-23-16
Jam

■ Check if this is an
amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B................................................. | $ 881,034.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $ 12,750.00 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $ 893,784.00 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 326,000.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 10,000.00 |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 173,250.00 |
|  | **Your total liabilities** | $ 509,250.00 |

**Part 3:    Summarize Your Income and Expenses**

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.................................................. | $ 4,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.................................................. | $ 4,892.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

■  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum        **Summary of Your Assets and Liabilities and Certain Statistical Information**        page 1 of 2

Debtor 1    **Jodell M. Altier**                                   Case number *(if known)*  **6:15-bk-1838-KSJ**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.      $    **4,000.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $    0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $    10,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $    0.00 |
| 9d. Student loans. (Copy line 6f.) | $    0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $    0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$    0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $    10,000.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jodell M. Altier** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | **6:15-bk-1838-KSJ** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

1.1

**Discovery Beach Resort**
**300 Barlow Avenue**
Street address, if available, or other description

**Cocoa Beach          FL     32931-0000**
City                          State       ZIP Code

**Brevard**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
■ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Unit 806, Week 31**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,000.00** | **$15,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

Official Form 106A/B                    Schedule A/B: Property                    page 1

| Debtor 1 | Jodell M. Altier | | Case number (if known) | 6:15-bk-1838-KSJ |

**1.2**

If you own or have more than one, list here:

**Oyster Pointe & Oyster Bay Resort**
**1750 US 1**

Street address, if available, or other description

**Sebastian**   **FL**   **32958-0000**

City   State   ZIP Code

**Indian River**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Unit 221, Week 50**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ Check if this is community property (see instructions)

---

**1.3**

If you own or have more than one, list here:

**2507 Roat Drive**

Street address, if available, or other description

**Orlando**   **FL**   **32835-0000**

City   State   ZIP Code

**Orange**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**5 bedroom / 5 bath single family home; lot 1/2 acre or less; titled in the name of Grande Legacy Group (9/17/13) but is Debtor's homestead.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $698,069.00 | $698,069.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Beneficial Interest**

☐ Check if this is community property (see instructions)

Debtor 1   **Jodell M. Altier**                                     Case number *(if known)*   **6:15-bk-1838-KSJ**

---

1.4

**If you own or have more than one, list here:**

**216 NE 10th Avenue**
Street address, if available, or other description

**Gainesville**        **FL**    **32601-0000**
City                   State     ZIP Code

**Alachua**
County

**What is the property?** Check all that apply
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $166,965.00 | $166,965.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Beneficial Interest**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**2 bedroom / 1 bath single family home;  titled in the name of Grande Legacy Group (9/17/13)**

---

1.5

**If you own or have more than one, list here:**

**2122 Kettle Drive**
Street address, if available, or other description

**Orlando**         **FL**    **32835-0000**
City                State     ZIP Code

**Orange**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Beneficial Interest**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Unimproved Land - owned by Altier Family Irrevocable Trust (7/8/12) (notwithstanding legal title in the name of Grande Legacy Group)**

---

Debtor 1   **Jodell M. Altier**                                    Case number (if known)   **6:15-bk-1838-KSJ**

### If you own or have more than one, list here:

| 1.6 | | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|---|

**280 Lanternback Island Drive**
Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Satellite Beach      FL      32937-0000**
City                  State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Beneficial Interest**

**Brevard**
County

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Unimproved Land - owned by Altier Family Irrevocable Trust (7/8/12) (notwithstanding legal title in the name of Grande Legacy Group)**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>**

| |
|---|
| $881,034.00 |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|---|---|
| | Model: | **Escape Hybrid** | ☐ Debtor 1 only | |
| | Year: | **2008** | ☐ Debtor 2 only | |
| | Approximate mileage: | **123000** | ☐ Debtor 1 and Debtor 2 only | |

☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information:

**Titled: Jodell M. Altier and Jennifer Sandman; 1FMCU49H68KA05765**

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,000.00 | $1,000.00 |

| 3.2 | Make: | **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|---|---|
| | Model: | **SL500** | ☐ Debtor 1 only | |
| | Year: | **2003** | ☐ Debtor 2 only | |
| | Approximate mileage: | **20,000** | ☐ Debtor 1 and Debtor 2 only | |

☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information:

**Titled: Jodell M. Altier and Jennifer Sandman; WOBSK75F63F042889**

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,000.00 | $1,500.00 |

---

Debtor 1   **Jodell M. Altier**                                        Case number *(if known)*   **6:15-bk-1838-KSJ**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No

■ Yes

| | | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| 4.1 Make: **Regal** | **Who has an interest in the property?** Check one | | | |
| Model: **28'9"** | ☐ Debtor 1 only | | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: **2001** | ☐ Debtor 2 only | | | |
| | ☐ Debtor 1 and Debtor 2 only | | | |
| Other information: | ■ At least one of the debtors and another | | **$5,000.00** | **$2,500.00** |
| **RGMJM603F001; Titled: Jodell M. Altier and Jennifer Sandman** | ☐ Check if this is community property (see instructions) | | | |

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>          **$5,000.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?                    Current value of the portion you own?
                                                                                                      Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

> Living Room (2 chairs, coffee table, bookcase, side table, tray table, floor lamp, 2 table lamps) $500; Family Room (sofa, chair, 2 side tables, floor lamp, sofa table, coffee table, 2 stack tables, 3 lamps, 2 bar stools) $1000; Dining Room (4 wood chairs, 2 upholstered chairs, 2 buffets, 1 grandfather clock, hutch) $500; Bedroom 1/Master (king size bed, 2 side tables, sofa, chair & ottoman, 2 lamps, sm pipe table) $500; Bedroom 2 (baby crib, table lamp, table, chair) $100; Bedroom 3 (Mother's room - all furniture, etc. owned by her); Bedroom 4 (queen bed, nightstand) $100; Bedroom 5 (Jill's room - all items belong to her); Kitchen (table, 6 chairs, 2 bar stools) $300; Household Goods $200; Garage (woodworking tools, table saw, tile cutter, ladders, shovels, rakes, etc.) $500; Laundry Room (stackable washer/dryer, hutch) $250; Office/Den (2 chairs, floor lamp, desk, printer file table, credenza, sm wooden hutch) $200; Pool/Patio (round table, 4 chairs, 2 chairs, sm side table, 4 candle lamps, 3 orchid holders) $500; Exercise Room (sofa, loveseat, chair, coffee table, corner bookshelf, treadmill, exercise bike, sidetable, TV hutch) $350                      **$5,000.00**

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

> 46" Sony TV; 32" Sony TV; 48" Sony TV; DVD player                                                  **$0.00**

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

| Debtor 1 | Jodell M. Altier | Case number *(if known)* | 6:15-bk-1838-KSJ |
|---|---|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| Clothes and shoes | $500.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| Wedding Ring; Misc. costume jewelry | $50.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................................

| $5,550.00 |
|---|

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes...................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................

Institution name:

| 17.1.   **Checking** | **BB&T** | $200.00 |
|---|---|---|

| Debtor 1 | Jodell M. Altier | | Case number *(if known)* | 6:15-bk-1838-KSJ |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes. Give specific information about them...................
       Name of entity:                                    % of ownership:

   **Grande Legacy Group - 50% interest in 1000 shares**                        **%**        **Unknown**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
       Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
       Type of account:         Institution name:

   **Simple IRA**         **Oppenheimer Funds Services**                        **$2,000.00**

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

**Money or property owed to you?**                        **Current value of the portion you own?**
                                                          Do not deduct secured claims or exemptions.

| Debtor 1    Jodell M. Altier | Case number *(if known)*   6:15-bk-1838-KSJ |
|---|---|

**28. Tax refunds owed to you**
- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
         benefits; unpaid loans you made to someone else
- ☑ No
- ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
- ☑ No
- ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☑ No
- ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☑ No
- ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
- ☐ No
- ☑ Yes.  Give specific information..

| Life Partners, Inc. - Viatical Settlement Program - 204 Woodhew Dr., Waco, TX - company currently in bankruptcy - tiled in the name of Jodell & Joseph Altier | **Unknown** |
|---|---|

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here..................................................................................................................**  |  $2,200.00

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**
- ☑ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

Debtor 1   **Jodell M. Altier**                                          Case number *(if known)*   **6:15-bk-1838-KSJ**

| Part 6 | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest In That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54.   **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................          $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .......................................................................... | | $881,034.00 |
| 56. | **Part 2: Total vehicles, line 5** | $5,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $5,550.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $2,200.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54**                     + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $12,750.00 | Copy personal property total     $12,750.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $893,784.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jodell M. Altier** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | **6:15-bk-1838-KSJ** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2507 Roat Drive Orlando, FL 32835 Orange County**<br>**5 bedroom / 5 bath single family home; lot 1/2 acre or less; titled in the name of Grande Legacy Group (9/17/13) but is Debtor's homestead.**<br>Line from *Schedule A/B*: **1.3** | $698,069.00 | ■ | $698,069.00 | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2008 Ford Escape Hybrid 123000 miles**<br>**Titled: Jodell M. Altier and Jennifer Sandman; 1FMCU49H68KA05765**<br>Line from *Schedule A/B*: **3.1** | $1,000.00 | ■ | $450.00 | **Fla. Const. art. X, § 4(a)(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2003 Mercedes SL500 20,000 miles**<br>**Titled: Jodell M. Altier and Jennifer Sandman; WOBSK75F63F042889**<br>Line from *Schedule A/B*: **3.2** | $1,500.00 | ■ | $1,000.00 | **Fla. Stat. Ann. § 222.25(1)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Jodell M. Altier**                                                    Case number (if known)   **6:15-bk-1838-KSJ**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| **Living Room (2 chairs, coffee table, bookcase, side table, tray table, floor lamp, 2 table lamps) $500; Family Room (sofa, chair, 2 side tables, floor lamp, sofa table, coffee table, 2 stack tables, 3 lamps, 2 bar stools) $1000; Dining Room (4 wood chairs,**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ■             $5,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | In re: Avins, 19 B.R. 736 (S.D. Fla. 1982) |
| **46" Sony TV; 32" Sony TV; 48" Sony TV; DVD player**<br>Line from *Schedule A/B*: **7.1** | $0.00 | ■                 $0.00<br>☐  100% of fair market value, up to any applicable statutory limit | In re: Avins, 19 B.R. 736 (S.D. Fla. 1982) |
| **Clothes and shoes**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■               $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **Wedding Ring; Misc. costume jewelry**<br>Line from *Schedule A/B*: **12.1** | $50.00 | ■                $50.00<br>☐  100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **Checking: BB&T**<br>Line from *Schedule A/B*: **17.1** | $200.00 | ■               $200.00<br>☐  100% of fair market value, up to any applicable statutory limit | In re: Avins, 19 B.R. 736 (S.D. Fla. 1982) |
| **Simple IRA: Oppenheimer Funds Services**<br>Line from *Schedule A/B*: **21.1** | $2,000.00 | ■           $2,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(2) |

3. **Are you claiming a homestead exemption of more than $155,675?**
(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jodell M. Altier | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | 6:15-bk-1838-KSJ | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | | | Amount of claim | Value of collateral | Unsecured |
| | | | Do not deduct the | that supports this | portion |
| | | | value of collateral. | claim | If any |

| 2.1 | **Federal National Mortgage** | Describe the property that secures the claim: | $0.00 | $166,965.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **216 NE 10th Avenue Gainesville, FL 32601  Alachua County 2 bedroom / 1 bath single family home;  titled in the name of Grande Legacy Group (9/17/13)** | | | |

**3900 Wisconsin Ave NW Washington, DC 20016-2892**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

Date debt was incurred  **7/30/14**          Last 4 digits of account number   **unknown**

| 2.2 | **Goshen Mortgage** | Describe the property that secures the claim: | $326,000.00 | $698,069.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2507 Roat Drive Orlando, FL 32835 Orange County 5 bedroom / 5 bath single family home; lot 1/2 acre or less; titled in the name of Grande Legacy Group (9/17/13) but is Debtor's homestead.** | | | |

**c/o Latham Shuker Eden et al 111 N Magnolia Ave #1400 Orlando, FL 32801**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

Official Form 106D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

| Debtor 1 | **Jodell M. Altier** | | | Case number (if know) | **6:15-bk-1838-KSJ** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

Date debt was incurred   **7/9/14**          Last 4 digits of account number   **unknown**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $326,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $326,000.00 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐    Name, Number, Street, City, State & Zip Code
    **Seterus Inc.**
    **Choice Legal Group**
    **PO Box 9908**
    **Fort Lauderdale, FL 33310-0908**

On which line in Part 1 did you enter the creditor? __2.1__

Last 4 digits of account number ___

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jodell M. Altier** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | **6:15-bk-1838-KSJ** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Dept of Treasury-IRS** | Last 4 digits of account number  **6989** | **$10,000.00** | **$0.00** | **$10,000.00** |
| | Priority Creditor's Name | | | | |
| | **2470 Market St** | **When was the debt incurred?  2011 Tax Year** | | | |
| | **Philadelphia, PA 19104** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

Who incurred the debt? Check one.

☐ Debtor 1 only              ☐ Contingent

☐ Debtor 2 only              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only  ☐ Disputed

■ At least one of the debtors and another   **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**            ■ Taxes and certain other debts you owe the government

■ No                         ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                        ☐ Other. Specify

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    Jodell M. Altier                                      Case number (if know)    6:15-bk-1838-KSJ

---

| 4.1 | **Bank of America** | | Last 4 digits of account number | | $500.00 |

Nonpriority Creditor's Name

PO Box 851001
**Dallas, TX 75285-1001**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    1988-2015

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.2 | **Macy's Dept Store** | | Last 4 digits of account number | 5271 | $1,500.00 |

Nonpriority Creditor's Name

7 West 7th St
**Cincinnati, OH 45202**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.3 | **Manderlay @ Stonebridge** | | Last 4 digits of account number | 877O | $100,000.00 |

Nonpriority Creditor's Name

6302 Ducados Pointe
**Orlando, FL 32835**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal Fees**

---

Debtor 1  Jodell M. Altier                                      Case number (if know)   6:15-bk-1838-KSJ

| 4.4 | **Steinmart** | Last 4 digits of account number | **2546** | $250.00 |

Nonpriority Creditor's Name

When was the debt incurred?  **11/14-3/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of NONPRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Credit card purchases**

---

| 4.5 | **SunTrust Bank** | Last 4 digits of account number | **4CCJ** | $40,000.00 |

Nonpriority Creditor's Name

**200 Orange Ave, 5th Floor**
**Orlando, FL 32801**

When was the debt incurred?  **10/2/12**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of NONPRIORITY unsecured claim:

■ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Business Debt**

---

| 4.6 | **SunTrust Bank** | Last 4 digits of account number | **5CCK** | $26,000.00 |

Nonpriority Creditor's Name

**200 Orange Ave, 5th Floor**
**Orlando, FL 32801**

When was the debt incurred?  **5/5/13**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of NONPRIORITY unsecured claim:

■ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Business Debt**

---

Debtor 1   **Jodell M. Altier**                                    Case number (if know)   **6:15-bk-1838-KSJ**

| 4.7 | **Wells Fargo** | Last 4 digits of account number | 8100 | | $5,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 6412**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?**   **1980-2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
□ Yes

□ Other. Specify   **Credit card purchases**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ester McKean Akerman LLP**<br>**420 S. Orange Ave #1200**<br>**Orlando, FL 32801** | Line **4.5** of (Check one):    □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ester McKean Akerman LLP**<br>**420 S Orange ve #1200**<br>**Orlando, FL 32801** | Line **4.6** of (Check one):    □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **John L. DiMasi Esq**<br>**801 N Orange Ave #500**<br>**Orlando, FL 32801** | Line **4.3** of (Check one):    □ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | | Total Claim |
|---|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | | 6b. | $ | 10,000.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | | 6e. | $ | 10,000.00 |

| | | | | | | Total Claim |
|---|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | | 6i. | $ | 173,250.00 |

---

Debtor 1   Jodell M. Altier _____     Case number (if know)    6:15-bk-1838-KSJ

6j.    **Total Nonpriority**. Add lines 6f through 6i.     6j.    $         173,250.00

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jodell M. Altier** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | **6:15-bk-1838-KSJ** |

Check if this is:

- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | | Contractor |
| **Employer's name** | | | Altier Companies, Inc. |
| **Employer's address** | | | **2507 Roat Dr**<br>**Orlando, FL 32835** |
| **How long employed there?** | | | 25 years |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 4,000.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 4,000.00 |

Debtor 1   **Jodell M. Altier**                                                     Case number *(if known)*   **6:15-bk-1838-KSJ**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 4,000.00 |
| **5. List all payroll deductions:** |  |  |  |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions. Specify:** | 5h.+ | $ 0.00 + | $ 0.00 |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 4,000.00 |
| **8. List all other income regularly received:** |  |  |  |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income. Specify:** | 8h.+ | $ 0.00 + | $ 0.00 |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ 4,000.00 = | $ 4,000.00 |

**11. State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                           11.   +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

12.   $ 4,000.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jodell M. Altier** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | **6:15-bk-1838-KSJ** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Mother | 82 | ☐ No  ■ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. $ | 500.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d.   Homeowner's association or condominium dues | 4d. $ | 600.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Jodell M. Altier**                                    Case number (if known)    **6:15-bk-1838-KSJ**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a.   Electricity, heat, natural gas | 6a. | $ | 700.00 |
| | 6b.   Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 365.00 |
| | 6d.   Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 50.00 |
| 10. | **Personal care products and services** | 10. | $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 5.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.   Life insurance | 15a. | $ | 0.00 |
| | 15b.   Health insurance | 15b. | $ | 650.00 |
| | 15c.   Vehicle insurance | 15c. | $ | 200.00 |
| | 15d.   Other insurance. Specify:   **Dental Insurance** | 15d. | $ | 22.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c.   Other. Specify:   **Tax Payment Plan** | 17c. | $ | 1,000.00 |
| | 17d.   Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a.   Mortgages on other property | 20a. | $ | 0.00 |
| | 20b.   Real estate taxes | 20b. | $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 4,892.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 4,892.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 4,000.00 |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b. | -$ | 4,892.00 |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -892.00 |
| 24. | **Do you expect an increase or decrease in your expenses within the year after you file this form?** For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage? | | | |

■ No.
☐ Yes.        Explain here:

Fill in this information to identify your case:

Debtor 1        **Jodell M. Altier**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **6:15-bk-1838-KSJ**
(if known)

■ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ Jodell M. Altier                          X
   **Jodell M. Altier**                             Signature of Debtor 2
   Signature of Debtor 1

   Date    **March 23, 2016**                      Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

# EXHIBIT 13F

| Fill in this information to identify your case: | | |
|---|---|---|

Debtor 1        **Jodell M. Altier**
        First Name         Middle Name         Last Name

Debtor 2
(Spouse if, filing)   First Name         Middle Name         Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number   **6:15-bk-1838-KSJ**
(if known)

☑ Check if this is an
   amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

    ☑ Married
    ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☑ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:**   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☑ No
    ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

| Debtor 1 | Jodell M. Altier | Case number (if known) | 6:15-bk-1838-KSJ |
|---|---|---|---|

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| Debtor 1 Sources of income Describe below . | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

  ☐ No.   Go to line 7.
  ☐ Yes   List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
      * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

  ■ No.   Go to line 7.
  ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

Debtor 1    Jodell M. Altier                                     Case number (if known)   6:15-bk-1838-KSJ

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐  No
    ■  Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Christiana Trust<br>v.<br>Joseph & Jodell Altier<br>2013-CA-12147 | Foreclosure - 2507 Roat Dr., Orlando, FL | Orange County Circuit Court<br>425 N Orange Avenue<br>Orlando, FL 32801 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Final Judgment Entered** |
| Darrin LaVine, TE for Grand Legacy Group<br>vs<br>Federal National Mortgage Assoc<br>2010-CA-5041 | Foreclosure | 1st District Court of Appeal<br>201 E University Ave<br>Gainesville, FL 32601 | ☐ Pending<br>■ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■  No
    ☐  Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■  No
    ☐  Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■  No
    ☐  Yes

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■  No
    ☐  Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Debtor 1   **Jodell M. Altier**                                                        Case number *(if known)*   **6:15-bk-1838-KSJ**

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity

- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Grande Legacy Group | 216 NE 10th Avenue, Gainesville, FL 32601 | | 9/17/2013 |
| Grande Legacy Group | 2507 Roat Drive, Orlando, FL 32835 | | 9/17/2013 |

Debtor 1    **Jodell M. Altier**                                    Case number (if known)   **6:15-bk-1838-KSJ**

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |
| **Grande Legacy Group** | **2122 Kettle Drive, Orlando, FL 32835** | | **9/17/2013** |
| **Grande Legacy Group** | **280 Lanternback Island Drive, Satellite Beach, FL 32937** | | **9/17/2013** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Debtor 1    **Jodell M. Altier**

Case number *(if known)*   **6:15-bk-1838-KSJ**

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

25.  Have you notified any governmental unit of any release of hazardous material?

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- ■ No
- ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
| --- | --- | --- | --- |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ■ No. None of the above applies.  Go to Part 12.
- ☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

| Debtor 1 | Jodell M. Altier | | Case number *(if known)* | 6:15-bk-1838-KSJ |
|---|---|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
|---|---|
| **Address** | |
| (Number, Street, City, State and ZIP Code) | |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Jodell M. Altier | |
|---|---|
| **Jodell M. Altier** | **Signature of Debtor 2** |
| **Signature of Debtor 1** | |

| Date   March 23, 2016 | Date |
|---|---|

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                         CHAPTER 7

            Debtor.
_____/


## EXHIBIT COVER SHEET

Party
submitting:   **Trustee & Goshen Mortgage, LLC**            **Joint Exhibit 14**

Admitted:     YES   or    NO   (circle one)

Debtor(s):    **Jodell M. Altier**

Case Nos.:    **6:15-bk-01838-KSJ**

Nature of Hearing:   **Trustee's Objection to Exemptions with Incorporated Memorandum
                     of Law (DE 85) and Goshen Mortgage, LLC's Amended Objection to
                     Debtor's Claimed Exemptions (DE 87)**

Docket No.:   85, 87

United States Bankruptcy Court
Middle District of Florida


Dated:   _____ _____, 2016.


By:   _____, Deputy Clerk

FILED

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AUG - 3 2016

Clerk, U.S. Bankruptcy,
Orlando Division

In re:

JODELL ALTIER

                    Debtor

                                        /

Case No. 6:15-bk-1838-KSJ
Chapter 7

GOSHEN MORTGAGE, LLC,

        Plaintiff,

vs.

JODELL ALTIER,

        Defendants.

                                        /

Adversary Proceeding No.
Case No. 6:16-ap-00156-KSJ

GENE T. CHAMBERS, Trustee,

        Plaintiff,

vs.

JODELL ALTIER, *et al.*

        Defendants.

                                        /

Adversary Proceeding No.
Case No. 6:16-ap-00013-KSJ

## <u>MOTION FOR RECONSIDERATION</u>

**COMES NOW**, Defendant, DARRIN C. LAVINE, TRUSTEE FOR GRANDE LEGACY

GROUP, A TEXAS JOINT-STOCK COMPANY, ("Defendant" or "GRANDE LEGACY

GROUP") by and through his undersigned counsel, in the above styled and numbered cause, and

files this Motion for Reconsideration of the Court's Order of July 20, 2016 from the hearing of July

14, 2016, as to the property on Roat Dr. in Orange County Florida, and in support states:

## STANDARD FOR REVIEW

1. Rule 60(b) F.R.Civ.P. provides that a:

> Court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons (1)mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

2. Defendant, GRANDE LEGACY GROUP hereby requests that this Honorable Court reconsider its recent Orders dated July 20, 2016 Granting Goshen Mortgage, LLC's Motion to Compel Debtor's Compliance with 11 USC Sec. 521(a)(2) on the basis that this Court did not have complete information about the foreclosure judgment as to the Roat Dr. property and the pending matters in the foreclosure case in Orange County, Case # 2013-CA-12147 ("Foreclosure Case") as to the Roat Dr. property.

## RELEVANT FACTS

3. On November 19, 2015, Plaintiff, GOSHEN MORTGAGE, LLC filed its Adversary Complaint against Defendant - Case No. 6:16-ap-00156-KSJ.

4. On January 21, 2016, Plaintiff, GENE T. CHAMBERS filed its Adversary Complaint against Defendant - Case No. 6:16-ap-00013-KSJ.

5. On April 15, 2016, the Court entered an Order *Consolidating Adversary Proceedings.*

6. On July 7, 2016, Defendant, GRANDE LEGACY GROUP filed its Answers and Affirmative Defenses.

7. On July 13, 2016, Plaintiff, GENE T. CHAMBERS filed a Motion to Strike *Answer Filed by Defendant, GRANDE LEGACY GROUP.*