UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                          Case No. 6:15-bk-1838-KSJ
                                                                Chapter 7
JODELL M. ALTIER,

    Debtor.
_____

Debtor's Exhibit List
Trial on Trustee's Objection to Exemptions with Incorporated Memorandum of Law (Doc. #85)
and Goshen Mortgage, LLC's Amended Objection to Debtor's Claim of Exemption (Doc. #87)
TRIAL DATE:  August 15, 2016 @ 2:00 p.m.

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1 | Driver's License of Joseph Altier | | | |
| 2 | Driver's License and Voter's Registration of Jodell Altier | | | |
| 3 | OUC Statements (2009, 2013, 2014, and 2015) | | | |
| 4 | Page 1 of Joint Tax Returns (2013, 2014, and 2015) | | | |
| 5 | Texas Joint Stock Company – Grande Legacy Group Agreement | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

# **Exhibit Cover Sheet**

**Party submitting: Debtor    Ex. #1**

**Admitted: Yes   or    No  (circle one)**

**Debtor: Jodell M. Altier**

**Case No.: 6:15-bk-1838-KSJ**

*Adv. No.*:_____

**Nature of Hearing/**
**Docket No:** Trustee's Objection to Exemptions with Incorporated Memorandum of Law (Doc. #85) and Goshen Mortgage, LLC's Amended Objection to Debtor's Claim of Exemption (Doc. #87)
TRIAL DATE:  August 15, 2016 @ 2:00 p.m.

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated            _____  , 20___.**

**By:_____,   Deputy Clerk**

**Florida** *The Sunshine State*
**DRIVER LICENSE CLASS E**

JOSEPH E
ALTIER
2507 ROAT DR
ORLANDO, FL 32835-0000

SEX: M
ISSUED: 06-06-2014  HGT: 6-0_
EXPIRES: 09-19-2022
REST: A
ENDORSE:

ORGAN DONOR

SAFE DRIVER        MOTORCYCLE ALSO

Operation of a motor vehicle constitutes consent to any sobriety test required by law.

# Exhibit Cover Sheet

**Party submitting: Debtor    Ex. #2**

**Admitted: Yes   or    No  (circle one)**

**Debtor: Jodell M. Altier**

**Case No.: 6:15-bk-1838-KSJ**

*Adv. No*.:_____

**Nature of Hearing/**
**Docket No:** Trustee's Objection to Exemptions with Incorporated Memorandum of Law (Doc. #85) and Goshen Mortgage, LLC's Amended Objection to Debtor's Claim of Exemption (Doc. #87)
TRIAL DATE:  August 15, 2016 @ 2:00 p.m.

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated          _____  , 20___.**

**By:_____,   Deputy Clerk**



# Exhibit Cover Sheet

**Party submitting: Debtor    Ex. #3**

**Admitted: Yes   or   No  (circle one)**

**Debtor: Jodell M. Altier**

**Case No.: 6:15-bk-1838-KSJ**

*Adv. No*.:_____

**Nature of Hearing/
Docket No:** Trustee's Objection to Exemptions with Incorporated Memorandum of Law (Doc. #85) and Goshen Mortgage, LLC's Amended Objection to Debtor's Claim of Exemption (Doc. #87)
TRIAL DATE:  August 15, 2016 @ 2:00 p.m.

**United States Bankruptcy Court
Middle District of Florida**

**Dated           _____ , 20___.**

**By:_____,   Deputy Clerk**

P00008-0000991 1oz

**OUC** 💡
**The Reliable One**®

JOSEPH ALTIER
2507 ROAT DR
ORLANDO, FL 32835-8145

Page 1 of 2
Bill Date: 07/14/16

**Consumption History**



Jul Average Daily KWH - 222.0

Jul Average Daily KGAL - 0.200
Jul Average Daily Irrigation KGAL - 0.933

**Service Address: 2507 ROAT DR**

Last payment of $978.61 received on 06/30/16

| | Itemized Charges | Total Charges |
|---|---|---|
| Residential Electric Meter #1JR00835 | | |
| Electric Service Charge | 8.00 | |
| 06/13/16 Reading 11,736 | | |
| 07/13/16 Reading 12,069 | | |
| Difference 333 | | |
| Multiplier x20 | | |
| Consumption for 30 Days 1,000 KWH @ 0.098 | 98.00 | |
| 5,660 KWH @ 0.118 | 667.88 | |
| **Current OUC Electric Charges** | | 773.88 |
| Residential Water Meter #75403722 | | |
| Water Service Charge - 5/8" meter | 7.50 | |
| 06/13/16 Reading 157 | | |
| 07/13/16 Reading 163 | | |
| Consumption for 30 Days 3 KGAL @ 0.634 | 1.90 | |
| 3 KGAL @ 1.077 | 3.23 | |
| Residential Irrigation Meter #75403721 | | |
| Water Service Charge - 5/8" meter | 5.50 | |
| 06/13/16 Reading 729 | | |
| 07/13/16 Reading 757 | | |
| Consumption for 30 Days 19 KGAL @ 1.589 | 30.19 | |
| 9 KGAL @ 2.832 | 25.49 | |
| **Current OUC Water Charges** | | 73.81 |

Continued on next page

---

**OUC** 💡
**The Reliable One**®

Return this portion of the bill with your payment
Make check payable to: Orlando Utilities Commission
PO Box 31329, Tampa, FL 33631-3329

| Account Number | Due Date | Amount Due |
|---|---|---|
| | 08/01/16 | $995.47 |

Total Current Charges  $995.47

Total Amount Due 08/01/16  $995.47

7517 0200 N0 D0 14 07142016 NNNNNNNN 0010271 Non-Q   1 oz.



JOSEPH ALTIER
2507 ROAT DR
ORLANDO, FL 32835-8145

