UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO. 6:15-bk-01838-KSJ

JODELL M. ALTIER,                         CHAPTER 7

            Debtor.
_____/

### JOINT EXHIBIT LIST

GOSHEN MORTGAGE, LLC, ("Creditor") and GENE T. CHAMBERS, CHAPTER 7 TRUSTEE ("Trustee"), submit the following joint exhibit list for the trial on Trustee's *Objection to Exemptions with Incorporated Memorandum of Law* (Doc. No. 85) and Goshen Mortgage, LLC's, *Amended Objection to Debtor's Claimed Exemptions* (Doc. No. 87), scheduled for August 15, 2016 at 2:00 p.m.

| Exh. # | Document Description | Date Identified | Date Admitted | With or w/o Objection |
|---|---|---|---|---|
| J-001. | Special Warranty Deed from Debra, Inc. to Jodell M. Altier, dated 2/16/1996 | 8/15/16 | 8/15/16 | w/o |
| J-002. | Warranty Deed, from Jodell M. Altier, Joseph E. Altier, Trustees of Orange County, Florida to Grande Legacy Group, dated September 17, 2013 | 8/15/16 | 8/15/16 | w/o |
| J-003. | Amended Warranty Deed for Warranty Deed Recorded on 09/18/2013, dated March 14, 2016 | 8/15/16 | 8/15/16 | w/o |
| J-004. | Orange County Property Tax Summary showing outstanding taxes | 8/15/16 | 8/15/16 | w/o |
| J-005. | Bearer Stock Certificate of Grande Legacy Group (1000 shares), dated September 13, 2013 | 8/15/16 | 8/15/16 | w/o |
| J-006. | Application for Employer Identification Number (Form SS-4) (Grande Legacy Group) | 8/15/16 | 8/15/16 | w/o |
| J-007. | Form 1120 U.S. Corporation Income | 8/15/16 | 8/15/16 | w/o |

By: [signature]
Danielle L. Merola, Law clerk to Judge Jennemann
August 15, 2016

| Exh. # | Document Description | Date Identified | Date Admitted | With or w/o Objection |
|---|---|---|---|---|
| | Tax Return 2015 (blank form) | 8/15/16 | 8/15/16 | w/o |
| J-008. | Minutes of Grande Legacy Group appointing Joseph E. Altier and Jodell M. Altier as Trustees, dated September 13, 2013 | 8/15/16 | 8/15/16 | w/o |
| J-009. | Minutes of Grande Legacy Group appointing Darrin Lavine as Trustee, dated September 17, 2013 | 8/15/16 | 8/15/16 | w/o |
| J-0010. | Minutes of Grande Legacy Group declaring the contract to be in full force and effect, dated September 13, 2013 | 8/15/16 | 8/15/16 | w/o |
| J-0011. | Minutes of Grande Legacy Group exchanging/ trading stock for real property, dated September 13, 2013 | 8/15/16 | 8/15/16 | w/o |
| J-0012. | Texas Joint-Stock Company of Grande Legacy Group creation document, dated September 13, 2013 | 8/15/16 | 8/15/16 | w/o |
| J-0013. | A. Summary of Schedules filed in U.S. Bankruptcy Court on March 18, 2015 (Jodell M. Altier, Debtor) (Doc. No. 9)<br>B. Debtor's Amended Schedule C (Doc. No. 37)<br>C. Notice of Amended Schedule C (Doc. No. 43)<br>D. Debtor's Amended Schedule B (Doc. No. 75)<br>E. Summary of Assets and Liabilities and Certain Statistical Information (Form 106Sum), filed March 23, 2016 (Doc. No. 83)<br>F. Debtor's Amended Statement of Financial Affairs (Doc. No. 84) | 8/15/16 | 8/15/16 | w/o |
| J-0014. | Defendant's, Darrin C. Lavine, Trustee for Grande Legacy Group, Motion for Reconsideration, filed August 3, 2016 (Doc. No. 43) (Bkry Adv. Pro.) | 8/15/16 | 8/15/16 | w/o |
| J-0015. | Trustee Adversary Complaint to | 8/15/16 | 8/15/16 | w/o |

| Exh. # | Document Description | Date Identified | Date Admitted | With or w/o Objection |
|---|---|---|---|---|
| | Determine and Declare Extent of Estate's Interest in Real Property, to Quiet Title, and to Recover Actual and Constructive Fraudulent Transfers, filed January 21, 2016 (Adv. Pro. Doc. No. 1) | 8/15/16 | 8/15/16 | w/o |
| J-0016. | Amended Motion to Intervene/Motion to Add Indispensable Party Defendant, dated November 6, 2015 | 8/15/16 | 8/15/16 | w/o |
| J-0017. | Defendant's Motion to Vacate Summary Judgment of Foreclosure, filed May 26, 2016 (State Court) | 8/15/16 | 8/15/16 | w/o |
| J-0018. | Hearing Transcript on Motion for Relief from Stay, dated February 1, 2016 (Doc. No. 86) | 8/15/16 | 8/15/16 | w/o |
| J-0019. | Rule 2004 Examination of Jodell M. Altier, dated November 6, 2015 | 8/15/16 | 8/15/16 | w/o |
| J-0020. | Deposition Transcript of Jodell Altier, dated June 23, 2016 | 8/15/16 | 8/15/16 | w/o |
| J-0021. | Deposition Transcript of Joseph Altier, dated June 23, 2016 | 8/15/16 | 8/15/16 | w/o |