UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/20/2016 02:00 PM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:15-bk-01838-KSJ** | **7** | **03/04/2015** |

**Chapter 7**

**DEBTOR:**     Jodell Altier

**DEBTOR ATTY:**   Jonathan Alper

**TRUSTEE:**    Gene Chambers

**HEARING:**

(1) Joint Motion by Trustee and Goshen Mortgage to Sell Property Free and Clear of Liens re: 2507 Roat Drive, Orlando, Florida 32835 (Doc #153)
*(2) Motion by Goshen Mortgage to Compel Compliance with Court Orders and for Civil Contempt Against Jodell Altier and Joseph Altier (Doc #157)
Note: Related Adversary 15-ap-156 Goshen -v- Altier is on Appeal

**APPEARANCES:**:
Michael Nardella: Trustee Atty
Jonathan Alper: D'or Atty
Justin Luna: Goshen/Grande Legacy Atty
Gene Chambers: Trustee

**RULING:**
(1) Joint Motion by Trustee and Goshen Mortgage to Sell Property Free and Clear of Liens re: 2507 Roat Drive, Orlando, Florida 32835   (Doc #153) - Granted: Order by Nardella;

(2) Motion by Goshen Mortgage to Compel Compliance with Court Orders and for Civil Contempt Against Jodell Altier and Joseph Altier   (Doc #157) - Continued preliminary hearing set for 11/7/16 at 11:00am (AOCNFNG).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.