# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re: Jodell M. Altier,
    Debtor.
_____/

JODELL M. ALTIER,
    Appellant,

v.

                      Case No: 6:18-cv-438-Orl-28
            Bankr. Ct. Case No. 6:15-bk-1838-KSJ

GOSHEN MORTGAGE, LLC,
    Appellee.
_____

## ORDER

**IT IS ORDERED** that a status conference will be held in this matter on **Friday, September 7, 2018, at 1:30 p.m.** in Courtroom 6B, United States Courthouse Annex, 401 W. Central Boulevard, Orlando, Florida 32801. Appellant Jodell Altier, Attorney Allan Campbell, and counsel for Appellee must attend this status conference.

The Clerk is directed to send a copy of this Order by U.S. mail to Jodell Altier at 913 Sycamore Lane, Altamonte Springs, FL 32714 and to Attorney Allan Campbell at 100 Colonial Center Parkway, Suite 140, Lake Mary, FL 32746. The Clerk shall also send a copy of this Order electronically to Jodell Altier at Altiermech@yahoo.com and to Attorney Allan Campbell at attyacampbell@aol.com.

**DONE** and **ORDERED** in Orlando, Florida, on August 16, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Jodell Altier