UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN Re: Jodell M. Altier,

    Appellant,                                  Case No.: 6:18-cv-438 -Orl_28

vs.

Goshen Mortgage, LLC

    Appellee,
_____/

## APPELLANT'S NOTICE OF LIMITED APPEARANCE OF CO-COUNSEL

The undersigned co-counsel hereby enters his limited appearance on behalf of Appellant, Jodell M. Altier, for the purposes of conducting and answering discovery, attendance at depositions as well as attendance at the hearing scheduled for Tuesday, January 8, 2019 at 10:30 a.m.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to: **Gene T. Chambers, Trustee**, P.O. Box 533987, Orlando, Florida 32801; **U.S. Trustee**, United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801; **Justin Luna, Esq., Daniel Velasquez, Esq**., at jluna@lseblaw.com, dvelasquez@lseblaw.com; **Michael Nardella, Esquire** at mnardella@nardellalaw.com., on this 4th day of December, 2018.

                                          /s/ Stafford N. Shealy
                                          Stafford N. Shealy, Esquire
                                          Fla. Bar No: 319650
                                          Shealy Law, PLLC
                                          100 Colonial Center Pkwy., Suite 140
                                          Lake Mary, FL 32746
                                          (561) 536-3330
                                          Service@shealylaw.com
                                          Stafford@shealylaw.com