# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In Re: Jodell M. Altier**

**JODELL M. ALTIER,**

        Appellant,

v.                                                                                Case No:  6:18-cv-438-Orl-28

**GOSHEN MORTGAGE, LLC,**

        Appellee.

| UNITED STATES DISTRICT JUDGE: | John Antoon II | COUNSEL FOR APPELLANT: | Andrea Roebuck<br>Stafford Shealy |
|---|---|---|---|
| DEPUTY CLERK: | Anita Chenevert | | |
| COURT REPORTER | Heather Jewett<br>Heatherjewett.focr@gmail.com | COUNSEL FOR APPELLEE: | Daniel A. Velasquez<br>Justin Luna<br>(appeared by phone) |
| DATE/TIME: | February 4, 2019 @ 2 pm | | |
| TOTAL TIME: | 12 minutes | | |

## CLERK'S MINUTES – STATUS CONFERENCE

2:00 p.m.    Jodell M. Altier (duly sworn) questioned by Court regarding counsel withdrawing and preparation of her brief.

                 Court will grant counsel's oral renewed motions to withdraw from the case.

2:12 p.m.    Court adjourned.